1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

9
10

WEPLE IP HOLDINGS LLC,

      Plaintiffs,

11

v.

12

META PLATFORMS, INC.,

13

      Defendants.

CASE NO.: 2:24-cv-1316

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL REQUESTED**

14

15       Plaintiff Weple IP Holdings LLC ("Weple") files this Complaint and demand for a jury

16 trial seeking relief for patent infringement by Defendant Meta Platforms, Inc., ("Meta").

17 Plaintiff states and alleges the following:

18 **THE PARTIES**

19       1.    Weple IP Holdings LLC is a limited liability company organized and existing

20 under the laws of the State of Texas with a registered address at 5900 Balcones Drive, Suite

21 100, Austin, TX, 78731.

22       2.    Meta is a corporation organized under the laws of Delaware.  Meta is registered

23 to do business in the state of Washington and maintains several business locations within the

24 Western District of Washington, including locations in Bellevue, Redmond, and Seattle.

25 **BACKGROUND**

26       3.    Mary Anne Fletcher is an entrepreneur and the innovator behind several social

27 media platforms, such as MeetGreet®, Meet®, and Weple®.  Ms. Fletcher is also the sole

COMPLAINT FOR PATENT INFRINGEMENT
PAGE 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

inventor on 15 issued United States patents directed to social media platforms, including the patents asserted in this action.

4.      Before her efforts on social media platform development, Ms. Fletcher worked as a professional model, during which time she collaborated with premier fashion and lifestyle brands such as Armani, Versace, Hugo Boss, Tommy Hilfiger, Reebok, Levi's, Evian, and Tiffany & Co.  Ms. Fletcher established a substantial following through her visibility in print magazines, commercial advertisements, and fashion shows.  Through her work with magazines, designers, photographers, and fashion creatives, Ms. Fletcher appreciated the power and impact of creative media in promoting brands and products.  These experiences informed her development of a social media platform that empowered users to create, control, and market their personal image and media content.

5.      Ms. Fletcher recognized the shortcomings of the existing social media landscape, particularly in mobile engagement, and sought to develop an improved platform that addressed its limitations.  For example, existing social media platforms constrained users by offering a limited selection of content creative formats and ways to deliver content to their audience, which hampered creative expression and audience engagement.  These platforms often lacked video tools for content creators, particularly live streaming, which is important for real-time engagement with audiences.  They also offered inadequate options for users to manage personal promotion and commercialization of their name, image, and likeness.  E-commerce integration was lacking, which prevented users from selling merchandise directly through the platforms.  Additionally, platforms lacked advertising opportunities, which could provide substantial revenue streams to content creators and social media platform operators alike.

6.      Ms. Fletcher's solution is a comprehensive platform that facilitates the creation, management, distribution, and monetization of diverse content in a mobile environment.  This innovative platform includes features such as advanced video content capabilities, allowing for the embedding of external images and audio to supplement native footage.  The platform

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

includes live streaming, along with the ability to notify followers of the initiation thereof, to facilitate real-time audience engagement.  In addition, the platform provides multiple media streams with the flexibility to switch between them.  User interaction is enabled through commenting, sharing, and bookmarking functionalities.  The platform includes a media scheduling feature that allows users to define the time frame for which their content will be accessible, providing effective content management and advertising capabilities.  Ms. Fletcher's solution also introduces an e-commerce component, encompassing in-app transactions, targeted advertising, sponsorship models, as well as mechanisms for gifting and donations.  Through these features, Ms. Fletcher's platform offers individuals control over the distribution and economic potential of their digital content in ways previously unavailable.

7.     Recognizing the significant value of her innovative platform, Ms. Fletcher filed a provisional patent application on her inventions in early 2010.  This initial filing was followed by a non-provisional patent application a year later, which further described the unique aspects of her inventions.

8.     Ms. Fletcher then began to develop and market a social media platform she called Weple®—an abbreviation reflecting the ethos of "We the People" and the goal of helping to democratize social media platforms for content creators.  Weple® was designed to embody many aspects of Ms. Fletcher's invention so that users could support one another and generate income while sharing their lives.

9.     Development of the Weple® social media platform faced significant obstacles when prominent platforms like Facebook and Instagram, both of which are controlled by Meta, integrated some of Weple's patented inventions.  This eroded the distinctiveness of Weple's offerings and complicated efforts to attract the capital necessary to develop Weple® to its full envisioned potential.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## THE ASSERTED PATENTS

10.    This is a civil action for infringement of U.S. Patent No. 11,734,730 (the "'730 patent") and U.S. Patent No. 11,966,952 (the "'952 patent") (collectively, the "Asserted Patents").

11.    The '730 patent is entitled "Mobile Device Streaming Media Application" and issued on August 22, 2023.  The '730 patent stems from Application No. 17/705,331, filed on March 27, 2022, and Provisional Application No. 61/304,331, filed on February 12, 2010.  Weple owns the entire right, title, and interest in and to the '730 patent.  A true and correct copy of the '730 patent is attached to this Complaint as Exhibit A.

12.    The '952 patent is entitled "Mobile Device Streaming Media Application" and issued on April 23, 2024.  The '952 patent stems from Application No. 18/423,193, filed on January 25, 2024, and Provisional Application No. 61/304,331, filed on February 12, 2010.  Weple owns the entire right, title, and interest in and to the '952 patent.  A true and correct copy of the '952 patent is attached to this Complaint as Exhibit B.

13.    The '730 patent is directed to improved methods of coordinating video message delivery to mobile applications that addressed the shortcomings of platforms existing at the time.

14.    The popularity of sharing video content through social media has increased in recent years.  The preference for video over other formats has been attributed to it being more engaging and relatively easier to consume.  Video enables brands to tell compelling stories, showcase products effectively, and establish an emotional connection with their audience.  Statistically, video has shown the ability to attract more shares, likes, and comments, thereby increasing overall engagement with the underlying media content.

15.    Before the inventions of the '730 patent, the video creation capabilities available through social media platforms were limited.  The associated video messaging systems for such platforms predominantly functioned through desktop applications, with separate applications needed for creating and viewing content.  Video messaging systems often lacked the

COMPLAINT FOR PATENT INFRINGEMENT
PAGE 4

synchronous display of text and audio within the video messages and interactive capabilities like commenting directly within the video player, thus limiting user engagement.  Further, live streaming and video messaging were typically isolated from one another, thereby failing to provide an integrated user experience.

16.    The '730 patent describes and claims a technological advancement over prior art video messaging methods.  The methods of the '730 patent provide a seamless integration within mobile applications for both creating and viewing video messages, also allowing for attached text and audio to be simultaneously presented within video messages, creating a more engaging multimedia experience.  The methods also provide commenting capabilities for specific video messages, further allowing audience engagement.  In addition, the methods integrate live streaming capabilities with video messaging within the same mobile application and include a notification system to alert users of available live streams within the video messaging application, ensuring users are promptly informed and able to join live sessions. The seamless transition between recorded video messages and live streams within the same application was a significant improvement in user experience over the prior art.[1]

17.    The '952 patent is directed to improved systems and methods of managing and presenting media messages delivered within mobile application feeds, which addressed the shortcomings of platforms existing at the time.

18.    Before the inventions of the '952 patent, social media platforms delivered user content through media feeds, with some allowing content uploads via mobile applications, but offered users limited control over the airing and distribution of their content.  For example, they lacked the functionality for users to determine the availability of their media messages placed in feeds based on scheduled airtimes and expiration information associated with the media messages.

---

[1] For example, Meta recognized the innovation and benefits of live stream integration within the Facebook social media platform. (https://about.fb.com/news/2016/04/introducing-new-ways-to-create-share-and-discover-live-video-on-facebook/) (last visited Aug. 21, 2024).

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

19.     The '952 patent discloses innovative systems and methods that address the limitations of the prior art through dynamic curation and selection of in-feed media messages, specifically advertising media messages, based on associated scheduled airtimes and expiration times.  These systems and methods afford users control over when their media messages are available for distribution on the social media platform, an option not previously available to users of mobile applications.  Media messages can be coordinated into multiple feeds that are then provided to multiple other users of the mobile applications.  The inventive concepts of the '952 patent allow for strategic timing of media message releases, aligning them with optimal audience engagement times, which provides content management based on relevance and timeliness, thus enhancing the effectiveness and reach of social media campaigns and promotional efforts.[2]

## JURISDICTION AND VENUE

20.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.  This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

21.     This Court has personal jurisdiction over Meta consistent with the requirements of the Due Process Clause of the United Sates Constitution and the Washington Long-Arm Statute because Meta has committed acts within this Judicial District giving rise to this action. Meta, directly and through its subsidiaries, agents, and/or intermediaries, has committed and continues to commit acts of infringement in this Judicial District by, among other things, making and using social media platforms that infringe the Asserted Patents.  Meta transacts business throughout the United States, including within the state of Washington where Meta also maintains business offices and facilities, which upon information and belief, support employees whose activities are relevant to the accused platforms and functionality at issue in this action.

---

[2] For example, the industry recognized the significant impact and innovation of in-feed mobile advertising. ( https://venturebeat.com/mobile/facebook-mobile-ads-boom/) (last visited Aug. 21, 2024).

COMPLAINT FOR PATENT INFRINGEMENT
PAGE 6

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

22.     Venue is proper in this Judicial District under 28 U.S.C. § 1400(b) as Meta has committed acts of patent infringement within this Judicial District that have given rise to this action, and Meta maintains business offices and facilities in the Western District of Washington.

## PRE-SUIT COMMUNICATIONS

23.     Meta owns and operates social media platforms, such as Facebook, Instagram, and Messenger (the "Meta Platforms").  These platforms include mobile applications operating on mobile devices, such as the Facebook mobile application, the Instagram mobile application, the Meta Ads Manager mobile application, and the Meta Business Suite mobile application (the "Meta Mobile Applications").

24.     On February 8, 2024, Weple sent a notice letter and infringement claim chart to Meta detailing Meta's infringement of the '730 patent through the operation of certain Meta Platforms and Meta Mobile Applications.  The letter also explained how Meta could contact Weple to discuss an amicable resolution.

25.     On May 3, 2024, after the issuance of the '952 patent, Weple sent a second notice letter and infringement claim chart to Meta detailing Meta's infringement of the '952 patent through the operation of certain Meta Platforms and Meta Mobile Applications.  This letter reiterated Weple's willingness to discuss a resolution.

26.     Weple attempted to engage Meta in discussions regarding the Asserted Patents, putting Meta on notice of its infringement.  Despite Weple's efforts, Meta did not respond to Weple's letters or infringement allegations.

27.     Meta knew of the Asserted Patents, as well as Weple's infringement allegations with respect to the Asserted Patents, no later than May 2024.

28.     Meta does not have a license to the Asserted Patents, either express or implied.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## COUNT I

### (Infringement of the '730 Patent)

29.     Weple restates and realleges all the foregoing paragraphs as if fully stated herein.

30.     Meta operates its Facebook and Instagram social media platforms, which include servers that interact with the Facebook and Instagram mobile applications (collectively "the '730 Accused Instrumentalities").  Meta has directly infringed and continues to directly infringe one or more claims of the '730 patent, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing the '730 Accused Instrumentalities.  For example, Meta generates revenue from services that it provides through the use of the '730 Accused Instrumentalities to perform methods that directly infringe one or more claims of the '730 patent.

31.     Attached to this Complaint as Exhibit A1 is a representative chart that describes how, as a non-limiting example, the elements of claim 1 of the '730 patent are met by Meta's use of the '730 Accused Instrumentalities.

32.     Weple has been damaged as a result of Meta's infringement of the '730 patent. Weple is entitled to recover damages adequate to compensate for Meta's infringement, which in no event can be less than a reasonable royalty for the use made of the invention by Meta, together with interest and costs as fixed by the Court.

33.     As a result of Meta's infringing acts, Weple has been and continues to be irreparably injured and the remedies available to Weple are inadequate to compensate for that injury.  Weple's irreparable injury will continue unless and until Meta is enjoined from infringing the '730 patent.

## COUNT II

### (Infringement of the '952 Patent)

34.     Weple restates and realleges the allegations of all the foregoing paragraphs as if fully stated herein.

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

35.     Meta operates its Facebook, Instagram, and Messenger social media platforms, which include servers that interact with the Facebook, Instagram, and Messenger mobile applications, as well as the Meta Ads Manager and Meta Business Suite mobile applications (collectively "the '952 Accused Instrumentalities").  Meta has directly infringed and continues to directly infringe one or more claims of the '952 patent, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing the '952 Accused Instrumentalities.  For example, Meta generates revenue from services that it provides through the '952 Accused Instrumentalities, which directly infringe one or more claims of the '952 patent, and uses the '952 Accused Instrumentalities to perform methods that directly infringe one or more claims of the '952 patent.

36.     Attached to this Complaint as Exhibit B1 is a representative chart that describes how, as a non-limiting example, the elements of exemplary claim 1 of the '952 patent are met by the '952 Accused Instrumentalities.

37.     Weple has been damaged as a result of Meta's infringement of the '952 patent.  Weple is entitled to recover damages adequate to compensate for Meta's infringement, which in no event can be less than a reasonable royalty for the use made of the invention by Meta, together with interest and costs as fixed by the Court.

38.     As a result of Meta's infringing acts, Weple has been and continues to be irreparably injured and the remedies available to Weple are inadequate to compensate for that injury.  Weple's irreparable injury will continue unless and until Meta is enjoined from infringing the '952 patent.

## JURY DEMAND

39.     Weple requests a jury trial as to all issues that are triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Weple respectfully requests that this Court:

A.     Enter judgment that Meta has infringed one or more of the claims of the Asserted Patents;

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

B.   Enter an order permanently enjoining Meta and its officers, agents, employes, attorneys, and all persons in active concert or participation with any of them, from infringing the Asserted Patents;

C.   Award Weple all appropriate damages for the infringement of the Asserted Patents, including pre-judgment and post-judgment interest, costs, and all other relief permitted under 35 U.S.C. § 284;

D.   Award Weple an accounting for acts of infringement not presented at trial, including an award of additional damages for such acts of infringement;

E.   Enter judgment that Meta's infringement of the Asserted Patents has been deliberate and willful;

F.   Treble the damages awarded to Weple under 35 U.S.C. § 284 by reason of Meta's deliberate or willful infringement of one or more claims of the Asserted Patents;

G.   Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Weple its attorneys' fees, expenses, and costs incurred in this action; and

H.   Award Weple such other and further relief at law or in equity as the Court deems just and proper.


DATED: August 22, 2024


By: _s/ John S. Devlin_
John S. Devlin III, WSBA No. 23988
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
devlinj@lanepowell.com

COMPLAINT FOR PATENT INFRINGEMENT
PAGE 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

William R. Woodford (*pro hac vice* to be filed)
Todd S. Werner (*pro hac vice* to be filed)
**AVANTECH LAW, LLP**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com

*Attorneys for Plaintiff*
*Weple IP Holdings LLC*

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Exhibit A

US011734730B2

(12) **United States Patent**
Fletcher

(10) Patent No.: **US 11,734,730 B2**
(45) Date of Patent: **\*Aug. 22, 2023**

(54) **MOBILE DEVICE STREAMING MEDIA APPLICATION**

(71) Applicant: **Mary Anne Fletcher**, Jackson, GA (US)

(72) Inventor: **Mary Anne Fletcher**, Jackson, GA (US)

(73) Assignee: **WEPLE IP HOLDINGS LLC**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/705,331**

(22) Filed: **Mar. 27, 2022**

(65) **Prior Publication Data**

US 2022/0215444 A1     Jul. 7, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/384,911, filed on Jul. 26, 2021, now Pat. No. 11,605,112, which is a
(Continued)

(51) **Int. Cl.**
    *G06Q 30/02*     (2023.01)
    *H04L 51/52*     (2022.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ......... *G06Q 30/0279* (2013.01); *G06Q 30/02* (2013.01); *G06Q 30/0267* (2013.01);
    (Continued)

(58) **Field of Classification Search**
    CPC .......... G06Q 30/0279; G06Q 30/0269; G06Q 30/0267; G06Q 30/0273; G06Q 30/0641; H04L 51/04; H04L 65/4076; H04L 65/04
    (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,757,273 B1     6/2004  Hsu
7,064,760 B2     6/2006  Capin
(Continued)

FOREIGN PATENT DOCUMENTS

WO     2005009019 A2     1/2005
WO     2008/072093 A2     6/2008
WO     2010108053 A1     9/2010

OTHER PUBLICATIONS

Office Action from U.S. Appl. No. 17/384,911.
(Continued)

*Primary Examiner* — Tauqir Hussain
(74) *Attorney, Agent, or Firm* — Vance Intellectual Property, PC

(57)     **ABSTRACT**

A system and process for coordinating streaming content or messages is provided. A network-connected server maintains a database containing media content-related data, such as the text of a message, accompanying media, time of airing, payment and related comments. A user can view these feeds or streams of these consciousness messages by downloading a mobile application or browsing to a website. The application can also be used to create, schedule and pay for a media content message.

**9 Claims, 14 Drawing Sheets**



US 11,734,730 B2

Page 2

## Related U.S. Application Data

continuation of application No. 16/812,495, filed on Mar. 9, 2020, now Pat. No. 11,074,627, which is a continuation of application No. 16/790,953, filed on Feb. 14, 2020, now Pat. No. 10,909,583, which is a continuation of application No. 16/157,269, filed on Oct. 11, 2018, now Pat. No. 10,565,628, which is a continuation of application No. 15/273,335, filed on Sep. 22, 2016, now Pat. No. 10,102,553, which is a continuation of application No. 15/041,422, filed on Feb. 11, 2016, now Pat. No. 9,456,013, which is a continuation of application No. 14/512,353, filed on Oct. 10, 2014, now Pat. No. 9,294,527, which is a continuation of application No. 13/967,414, filed on Aug. 15, 2013, now Pat. No. 8,862,678, which is a continuation of application No. 13/027,191, filed on Feb. 14, 2011, now Pat. No. 8,516,063.

(60) Provisional application No. 61/304,331, filed on Feb. 12, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 65/613* | (2022.01) |
| *H04L 65/611* | (2022.01) |
| *H04L 51/04* | (2022.01) |
| *H04L 65/403* | (2022.01) |
| *H04L 65/60* | (2022.01) |
| *G06Q 30/00* | (2023.01) |
| *G06Q 30/0279* | (2023.01) |
| *G06Q 30/0251* | (2023.01) |
| *G06Q 30/0601* | (2023.01) |
| *G06Q 30/0273* | (2023.01) |
| *G06Q 30/0241* | (2023.01) |

(52) **U.S. Cl.**
CPC ..... *G06Q 30/0269* (2013.01); *G06Q 30/0273* (2013.01); *G06Q 30/0641* (2013.01); *H04L 51/04* (2013.01); *H04L 51/52* (2022.05); *H04L 65/403* (2013.01); *H04L 65/60* (2013.01); *H04L 65/611* (2022.05); *H04L 65/613* (2022.05); *G06Q 30/0277* (2013.01)

(58) **Field of Classification Search**
USPC ....................................................... 709/227
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,107,010 B2 | 9/2006 | Heinonen | |
| 7,339,940 B2 * | 3/2008 | Boberg | H04W 4/12 |
| | | | 370/401 |
| 7,386,623 B2 | 6/2008 | Nishimura | |
| 7,558,869 B2 | 7/2009 | Leon | |
| 7,575,172 B2 * | 8/2009 | Silverbrook | B41J 3/1063 |
| | | | 358/1.9 |
| 7,593,740 B2 | 9/2009 | Crowley | |
| 7,620,426 B2 | 11/2009 | Ortiz et al. | |
| 7,756,744 B2 * | 7/2010 | Schiff | G06Q 30/02 |
| | | | 705/14.51 |
| 7,877,461 B1 | 1/2011 | Rimmer | |
| 7,945,546 B2 | 5/2011 | Bliss | |
| 7,960,945 B1 | 6/2011 | Onorato | |
| 7,996,775 B2 | 8/2011 | Cole | |
| 8,086,253 B1 | 12/2011 | Kalamkar | |
| 8,108,781 B2 | 1/2012 | Laansoo | |
| 8,128,503 B1 | 3/2012 | Haot | |
| 8,219,028 B1 | 7/2012 | Flamholz | |
| 8,219,134 B2 | 7/2012 | Maharajh et al. | |
| 8,255,552 B2 | 8/2012 | Witt et al. | |
| 8,266,550 B1 | 9/2012 | Cleron | |
| 8,291,341 B2 | 10/2012 | Tseng | |
| 8,325,213 B2 | 12/2012 | Lamb | |
| 8,385,950 B1 | 2/2013 | Wagner | |
| 8,433,611 B2 | 4/2013 | Lax | |
| 8,493,931 B1 | 7/2013 | Nix | |
| 8,572,493 B2 * | 10/2013 | Qureshi | H04L 51/58 |
| | | | 715/752 |
| 8,620,878 B2 | 12/2013 | Feher | |
| 8,701,020 B1 * | 4/2014 | Fulcher | H04N 21/4788 |
| | | | 715/756 |
| 8,862,762 B1 | 10/2014 | Motrenko et al. | |
| 9,654,301 B2 | 5/2017 | Lipka et al. | |
| 2002/0052781 A1 * | 5/2002 | Aufricht | H04L 12/1868 |
| | | | 705/14.69 |
| 2003/0023489 A1 * | 1/2003 | McGuire | G06Q 30/0257 |
| | | | 705/14.66 |
| 2003/0105812 A1 * | 6/2003 | Flowers, Jr. | H04L 63/029 |
| | | | 709/203 |
| 2003/0143993 A1 * | 7/2003 | Nagaoka | H04M 3/42 |
| | | | 455/70 |
| 2003/0149978 A1 * | 8/2003 | Plotnick | H04N 21/47 |
| | | | 725/54 |
| 2004/0015562 A1 * | 1/2004 | Harper | H04W 8/00 |
| | | | 709/217 |
| 2004/0071088 A1 | 4/2004 | Curcio | |
| 2004/0186877 A1 | 9/2004 | Wang | |
| 2005/0138560 A1 | 6/2005 | Lee et al. | |
| 2005/0254526 A1 | 11/2005 | Wang | |
| 2005/0262145 A1 * | 11/2005 | Kawano | H04N 21/25891 |
| | | | 348/E7.071 |
| 2005/0265555 A1 | 12/2005 | Pippur | |
| 2005/0283444 A1 | 12/2005 | Ekberg | |
| 2006/0031548 A1 | 2/2006 | Funchess | |
| 2007/0028279 A1 | 2/2007 | Kim | |
| 2007/0099659 A1 * | 5/2007 | Borquez | G06F 8/20 |
| | | | 455/3.06 |
| 2007/0174490 A1 * | 7/2007 | Choi | H04M 15/00 |
| | | | 707/E17.116 |
| 2007/0262953 A1 * | 11/2007 | Zackschewski | B60K 37/06 |
| | | | 348/E13.059 |
| 2007/0294177 A1 * | 12/2007 | Volk | G06Q 30/06 |
| | | | 705/52 |
| 2008/0040498 A1 | 2/2008 | Setlur | |
| 2008/0052154 A1 * | 2/2008 | Gulliksen | G06Q 30/00 |
| | | | 705/14.61 |
| 2008/0076409 A1 | 3/2008 | Hinrikus | |
| 2008/0085682 A1 * | 4/2008 | Rao | H04W 4/023 |
| | | | 455/74 |
| 2008/0126415 A1 | 5/2008 | Chaudhury | |
| 2008/0144781 A1 * | 6/2008 | Liebermann | G09B 21/001 |
| | | | 379/52 |
| 2008/0154723 A1 * | 6/2008 | Ferguson | G06Q 30/02 |
| | | | 705/14.54 |
| 2008/0195664 A1 | 8/2008 | Maharajh et al. | |
| 2008/0216418 A1 * | 9/2008 | Durham | E04H 6/025 |
| | | | 52/73 |
| 2008/0235123 A1 * | 9/2008 | Olliphant | G06Q 40/00 |
| | | | 705/35 |
| 2008/0248788 A1 * | 10/2008 | Smith | H04W 4/14 |
| | | | 455/414.3 |
| 2008/0276266 A1 | 11/2008 | Huchital | |
| 2009/0006191 A1 | 1/2009 | Arankalle | |
| 2009/0017805 A1 * | 1/2009 | Sarukkai | H04W 28/06 |
| | | | 455/414.3 |
| 2009/0030988 A1 * | 1/2009 | Kuhlke | H04L 51/04 |
| | | | 709/206 |
| 2009/0070832 A1 | 3/2009 | Urban | |
| 2009/0144772 A1 | 6/2009 | Fink | |
| 2009/0156170 A1 * | 6/2009 | Rossano | H04W 4/12 |
| | | | 455/466 |
| 2009/0158136 A1 * | 6/2009 | Rossano | H04N 7/147 |
| | | | 715/810 |
| 2009/0164299 A1 * | 6/2009 | Gupta | G06Q 30/0275 |
| | | | 705/14.71 |
| 2009/0171780 A1 * | 7/2009 | Aldrey | G06Q 30/0273 |
| | | | 705/14.69 |

**US 11,734,730 B2**

Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2009/0197580 A1* | 8/2009 | Gupta | G06Q 30/02 455/414.2 |
| 2009/0198538 A1* | 8/2009 | Gupta | G06Q 30/0267 705/14.64 |
| 2009/0204479 A1* | 8/2009 | Wolinsky | G06Q 30/0259 705/14.57 |
| 2009/0248665 A1 | 10/2009 | Garg | |
| 2009/0265243 A1* | 10/2009 | Karassner | G06Q 30/0275 705/14.54 |
| 2010/0037204 A1 | 2/2010 | Lin | |
| 2010/0042700 A1* | 2/2010 | Harper | H04L 12/1859 709/217 |
| 2010/0045666 A1 | 2/2010 | Kornmann | |
| 2010/0060477 A1 | 3/2010 | Laasik | |
| 2010/0060715 A1 | 3/2010 | Laasik | |
| 2010/0063866 A1* | 3/2010 | Kinoshita | G06Q 30/02 705/7.29 |
| 2010/0064334 A1 | 3/2010 | Blackburn | |
| 2010/0114739 A1* | 5/2010 | Johnston | G06Q 30/06 705/26.1 |
| 2010/0125491 A1* | 5/2010 | Elliott | G06Q 90/00 705/14.4 |
| 2010/0153578 A1 | 6/2010 | Van Gassel | |
| 2010/0161635 A1* | 6/2010 | Dey | H04N 21/6131 707/758 |
| 2010/0174547 A1 | 7/2010 | Bernard | |
| 2010/0198946 A1* | 8/2010 | Dowlatkhah | H04L 65/80 709/220 |
| 2010/0215167 A1* | 8/2010 | Burneo | G06Q 10/00 379/207.02 |
| 2010/0235245 A1* | 9/2010 | Grossman | G06Q 30/0277 705/14.73 |
| 2010/0262711 A1 | 10/2010 | Bouazizi | |
| 2011/0016182 A1* | 1/2011 | Harris | G06Q 30/02 709/206 |
| 2011/0035255 A1* | 2/2011 | Dasher | G06Q 30/0273 705/14.69 |
| 2011/0106622 A1* | 5/2011 | Kuhlman | H04L 51/063 705/14.69 |
| 2011/0106626 A1* | 5/2011 | Zender | G06Q 30/0267 705/14.64 |
| 2011/0136427 A1* | 6/2011 | Al Qalqili | H04W 64/003 455/414.1 |
| 2011/0138297 A1* | 6/2011 | Harper | H04L 51/38 715/743 |
| 2011/0153362 A1* | 6/2011 | Valin | G06Q 20/1085 340/5.82 |
| 2011/0184809 A1* | 7/2011 | Beavers | G06Q 30/0267 705/14.64 |
| 2011/0191432 A1 | 8/2011 | Layson, Jr. | |
| 2011/0196748 A1* | 8/2011 | Caron | G06Q 30/0276 715/764 |
| 2011/0208822 A1* | 8/2011 | Rathod | G06Q 30/02 709/206 |
| 2011/0213657 A1* | 9/2011 | O'Malley | H04M 3/42017 379/88.19 |
| 2011/0213665 A1* | 9/2011 | Joa | G06Q 40/00 705/14.72 |
| 2011/0246659 A1 | 10/2011 | Bouazizi | |
| 2011/0289433 A1* | 11/2011 | Whalin | G06Q 30/02 715/753 |
| 2011/0307545 A1 | 12/2011 | Bouazizi | |
| 2012/0005287 A1 | 1/2012 | Gadel et al. | |
| 2012/0011267 A1 | 1/2012 | Ma et al. | |
| 2014/0051402 A1 | 2/2014 | Qureshi | |
| 2016/0309236 A1 | 10/2016 | Haot | |
| 2018/0219976 A1* | 8/2018 | Decenzo | G07C 9/00 |
| 2020/0076747 A1* | 3/2020 | DeMattei | G06Q 10/107 |

OTHER PUBLICATIONS

https://techcrunch.com/2009/03/05/ustream-launches-mobile-video-broadcasting-apps/ Ustream Launches Mobile Video Broadcasting Apps. Erick Schonfeld, Mar. 5, 2009.
http://thenextweb.com/2009/06/10/nokia-bundle-qik-smartphone-live-streaming/#gref Qik to be bundled with every Nokia smartphone—is live streaming about to take off? Martin Bryant, Jun. 10, 2009.
https://gigaom.com/2009/03/11/qik-pairs-with-nokias-ovi-for-live-streaming/ Qik Pairs with Nokia's Ovi for Live Streaming, Cross-Posting. Kevin C Tofel, Mar. 11, 2009.
http://www.iphonehacks.com/2009/03/skype-for-iphone-available-on-app-store-in-japan.html Skype for iPhone Available on App Store. iPhonehacks, Mar. 30, 2009.
http://phys.org/news/2009-04-skype-iphone-worth-download.html Skype on the iPhone: Worth the download Scott Kleinberg, Apr. 8, 2009.
http://mashable.com/2009/11/25/ustream-viewer-android/ #JT35VeW9BGqu Ustream Launches Viewer for Android Devices Stan Schroeder, Nov. 25, 2009.
http://www.ustream.tv/blog/2009/11/25/ustream-viewer-beta-for-android-in-the Ustream Viewer beta for Android in the Marketplace Gyula Feher, Nov. 25, 2009.
https://techcrunch.com/2010/01/28/ustream-producer-desktop/ Ustream Helps Give Your Live Broadcast A Professional Feel With New Desktop Client Jason Kincaid, Jan. 28, 2010.
http://www.iphonejd.com/iphone_jd/2009/12/review-knocking-live-video-sharing.html Review: Knocking Live-stream live video from your iPhone Jeff Richardson, Dec. 3, 2009.
http://latimesblogs.latimes.com/technology/2009/12/ustream-video-iphone-app.html Ustream lets iPhones broadcast live and unlocks video recording for older models Mark Milian, Dec. 9, 2009.
https://techcrunch.com/2009/08/05/ustream-finally-launches-a-recording-iphone-app-no-live-video-but-a-lot-of-options/ Ustream Finally Launches a Recording iPhone App. No Live Video, But a Lot of Options MG Siegler, Aug. 5, 2009.
https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/ Apple Announces In-App Purchases for Free iPhone Applications Jason Kincaid, Oct. 15, 2009.

* cited by examiner



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



**Confirmation**

182

Thank you for your caring message, which will be aired on January 15, 2011 at 12:15 pm.

Add to Calendar

Post to Facebook

184

Post to Twitter

Send email

180

Figure 9



190 — Application downloads available media message times from server

192 — User selects and uploads desired media message time and media message

194 — Server stores media message data in database

196 — Server provides media message data at scheduled time for download, stream or as push notification

Figure 10



Figure 11



Figure 12



Figure 13



Figure 14

# MOBILE DEVICE STREAMING MEDIA APPLICATION

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application. No. 17/384,911, filed Jul. 26, 2021, which is a continuation of U.S. patent application Ser. No. 16/812,495, filed Mar. 9, 2020, which is a continuation of U.S. patent application Ser. No. 16/790,953, filed Feb. 14, 2020, which is a continuation of U.S. patent application Ser. No. 16/157, 269, filed Oct. 11, 2018, which is a continuation of U.S. patent application Ser. No. 15/273,335, filed Sep. 22, 2016, which is a continuation of U.S. patent application Ser. No. 15/041,422, filed Feb. 11, 2016, which is a continuation of U.S. patent application Ser. No. 14/512,353, filed Oct. 10, 2014, which is a continuation of U.S. patent application Ser. No. 13/967,414, filed Aug. 15, 2013, which is a continuation of U.S. patent application Ser. No. 13/027,191, filed Feb. 14, 2011, which claims priority to U.S. Provisional Application No. 61/304,331, filed Feb. 12, 2010, entitled Mobile Device Prayer Application. The entireties of U.S. patent application No. 17/384,911, U.S. patent application Ser. No. 16/812, 495, U.S. Patent Application No. 16/790,953, U.S. patent application Ser. No. 16/157,269, U.S. Patent Application No. 15/273,335, U.S. patent application Ser. No. 15/041, 422, U.S. Patent Application No. 14/512,353, U.S. patent application Ser. No. 13/967,414, U.S. Patent Application No. 13/027,191, and U.S. Provisional Application No. 61/304,331 are hereby incorporated by reference herein.

## BACKGROUND OF THE INVENTION

Streaming media is multimedia that is constantly received by and presented to an end-user while being delivered by a streaming provider. The name refers to the delivery method of the medium rather than to the medium itself. The distinction is usually applied to media that are distributed over telecommunications networks, as most other delivery systems are either inherently streaming (e.g., radio, television) or inherently non-streaming (e.g., books, video cassettes, audio CDs). The verb 'to stream' is also derived from this term, meaning to deliver media in this manner. Internet television is a commonly streamed medium.

Live streaming, more specifically, means taking the media and broadcasting it live over the Internet. The process involves a camera for the media, an encoder to digitize the content, a media publisher where the streams are made available to potential end-users and a content delivery network to distribute and deliver the content. The media can then be viewed by end-users live.

Consciousness is variously defined as subjective experience, awareness, the ability to experience "feeling," wakefulness, the understanding of the concept "self," or the executive control system of the mind. It is an umbrella term that may refer to a variety of mental phenomena. Although humans realize what everyday experiences are, consciousness itself resists being defined, philosophers note.

Consciousness is the subject of much research in philosophy of mind, psychology, neuroscience, cognitive science and artificial intelligence. Issues of practical concern include how the presence of consciousness can be assessed in severely ill or comatose people; whether non-human consciousness exists and if so how it can be measured; at what point in fetal development consciousness begins; and whether computers can achieve a conscious state.

Prayer is a form of religious practice that seeks to activate a volitional rapport to a god or spirit through deliberate practice. Prayer may be either individual or communal and take place in public or in private.

It may involve the use of words or song. When language is used, prayer may take the form of a hymn, incantation, formal creedal statement, or a spontaneous utterance in the praying person. There are different forms of prayer such as petitionary prayers, prayers of supplication, thanksgiving, and worship/praise.

Prayer may be directed towards a deity, spirit, deceased person, or lofty idea, for the purpose of worshipping, requesting guidance, requesting assistance, confessing sins or to express one's thoughts and emotions. Thus, people pray for many reasons such as personal benefit or for the sake of others.

Most major religions involve prayer in one way or another. Some ritualize the act of prayer, requiring a strict sequence of actions or placing a restriction on who is permitted to pray, while others teach that prayer may be practiced spontaneously by anyone at any time.

## SUMMARY OF THE INVENTION

In one embodiment according to the present invention, a system and process for coordinating a programmed media stream is provided. Preferably, this content relates to consciousness messages such as prayers, requests for charity, thoughts or similar messages. However, this content can also relate to breaking news, music videos, comedy or similar content. A network-connected server maintains a database containing media content-related data, such as the text of a message, accompanying media, time of airing, payment and related comments. A user can view these feeds or streams of these streams by downloading a mobile application or browsing to a website. The application or website can also be used to create, schedule and pay for media content airtime for a message or program.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other aspects, features and advantages of which embodiments of the invention are capable of will be apparent and elucidated from the following description of embodiments of the present invention, reference being made to the accompanying drawings, in which

FIG. **1** illustrates a media content coordination system according to an embodiment of the present invention;

FIG. **2** illustrates a current media content interface according to an embodiment of the present invention;

FIG. **3** illustrates an about us interface according to an embodiment of the present invention;

FIG. **4** illustrates an airtime purchase interface according to an embodiment of the present invention;

FIG. **5** illustrates an airtime date selection interface according to an embodiment of the present invention;

FIG. **6** illustrates an advanced airtime date selection interface according to an embodiment of the present invention;

FIG. **7** illustrates a media content preview interface according to an embodiment of the present invention;

FIG. **8** illustrates a payment interface according to an embodiment of the present invention;

FIG. **9** illustrates a confirmation interface according to an embodiment of the present invention;

**3**

FIG. **10** illustrates a process of coordinating media content times according to an embodiment of the present invention;

FIG. **11** illustrates a media content airstream interface according to an embodiment of the present invention;

FIG. **12** illustrates a media content sponsorship interface according to an embodiment of the present invention;

FIG. **13** illustrates a process of viewing and interacting with a current message according to an embodiment of the present invention; and,

FIG. **14** illustrates an interface for in app purchases of items according to an embodiment of the present invention.

## DESCRIPTION OF EMBODIMENTS

Specific embodiments of the invention will now be described with reference to the accompanying drawings. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. The terminology used in the detailed description of the embodiments illustrated in the accompanying drawings is not intended to be limiting of the invention. In the drawings, like numbers refer to like elements.

Unless otherwise defined, all terms (including technical and scientific terms) used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. It will be further understood that terms, such as those defined in commonly used dictionaries, should be interpreted as having a meaning that is consistent with their meaning in the context of the relevant art and will not be interpreted in an idealized or overly formal sense unless expressly so defined herein.

The terms message, media message or program are used interchangeably in this specification and generally refer to text, audio, video or still images sent across the internet. In one aspect of the present invention, the system can be used for any media content type, such as news, comedy, drama, environmental messages, offers to purchase related items, and similar messages. In another aspect of the present invention, the system is used for consciousness messages, such as prayers, collective thoughts, appeals to charity and inspirational messages.

FIG. **1** illustrates an example media coordination system **100** according to the present invention which allows network connected devices, such as mobile devices **106** (cell phones, portable music players, tables, laptops, etc.), to coordinate times for specific media messages/programs to be streamed to other application users (e.g., a feed of message posts or a stream of real-time media data). Generally, a computer server **102** (e.g., a processor, RAM, a hard drive, an operating system, web serving software and database software) is connected to a wide area network **104** such as the internet or wireless cell phone data network. Mobile devices **106** are also connected to the network **104**, allowing for communication to and from the server **102**.

As seen in item **220** of the flow chart of FIG. **13**, a user either executes the mobile media application on their mobile device or uses a browser to browse to an internet page supplied by the server **102**. The application downloads the current media message/program (i.e., a thought or prayer video scheduled for airing at that time) from the server. Alternately, the server **102** may automatically push the current media message or link to the current media message via phone notifications, email or text messages.

**4**

In one example, delivery of the current media message to the mobile device **106** is performed as a feed that is downloaded as requested by the user. In another example, delivery of the current media message is achieved with a live streaming media file (e.g., streaming audio/video) that provides images, text and/or audio to the user's mobile device. In this respect, the media message stream is similar to a live television station having scheduled media messages as its programming.

In item **222**, the mobile application displays the media message data supplied by the server **102**. This data may include the text of a media message, an attached or linked-to media file, donation information and media message expiration information (i.e., when the current media message expires causing the mobile application to download a new current media message). Alternately, the media message data may be a live media stream, previously rendered by the server **102**, which displays the images, text, audio, video or other items in a common media format (e.g., h.264 mp4 video format). In one preferred embodiment, the media message is a prayer, collective consciousness message, request for charity, environmental or similar message.

In item **224**, the user views the media message data in an interface of the mobile application and interacts with the interface. For example, the user may add a comment about the media message, a donation, a greeting card or share a link to the media message via a social network, email, text message or similar communication. The user may also make purchases within the application (e.g., in app purchases, credit cards, Pay Pal, etc.) to buy gift certificates for message air time, greeting cards, or similar in application items.

In item **226**, the user can design, upload and pay for a custom media message that is stored and aired from the server **102**. The server will similarly air the custom media message at the specified time as the current media message, thereby distributing that media message out to other users of the mobile application and website.

FIG. **10** illustrates a flow chart of an example process for coordinating media messages. As seen in item **190**, the mobile application is executed on the mobile device **106** that can download available times that a media message can be scheduled. A user can request availability of a specific time or the mobile application can download a variety of free times.

In item **192**, the user selects a time that they would like to have their media message available, the text of their media message, any images or videos that they would like to accompany the media message, and payment information. This data is uploaded to server **102** and stored in a database in item **194**.

As seen in item **196**, the sever **102** provides media message data according to the scheduled time. This data can be rendered and streamed as a live streaming format, made available for download to each mobile device **106** running the application or can be sent out via a push notification, email or text message. Optionally, the push notification, email or text message can include a link that opens the mobile media message application to that specific media message or to a webpage displaying that media message.

The current media message can also be displayed on any participating websites. For example, an otherwise nonaffiliated website could include code that displays the current media message. In another example, the media message can be posted to a social media site, such as Facebook or Twitter, which allows users to subscribe. In this respect, people visiting websites otherwise unrelated to the server **102** can also view the current media message.

**5**

FIGS. **2-9** illustrate various example aspects and interfaces of the mobile media message application according to the present invention. FIG. **2** illustrates the current media message interface **110** that displays the media message currently scheduled by the server **102**. The current media message interface **110** preferably includes a media message text display **114** that displays the text of the media message specified by person who created the current media message.

Optionally, the current media message interface includes an advertisement banner **112** for displaying advertisements from a downloaded source, such as from Google AdSense or Apple in app advertising. Optionally, the mobile media message application can allow a user the option to include this banner **112** during the media message creation process to financially subsidize the price of posting the media message.

The interface **110** also includes a comments button **111** that displays a comment interface for leaving messages related to the current media message. A past media messages button **113** is also include for displaying a list of past media messages or bookmarked media messages.

Preferably, multiple feeds or streams are available to the mobile application. For example, some streams can be specific breaking news, religion, music, or pets. Selecting the switch stream button **115** allows the user to switch between these streams.

The donate button **117** allows the user to donate money to originator of the media message, thereby allowing users or entities to raise money in addition to soliciting media messages. The buy gift button **119** allows the user to buy items for the author of the current message or another user. Gifts can include virtual greeting cards, gift certificates, message air time, and similar items. The buy air time button **120** displays an interface for creating and purchasing a media message that will be displayed on the application and the learn more button **118** displays an about us interface **122** seen in FIG. **3**.

The about us interface **122** preferably includes information about the developer and information **124** about how to pray. A share button **128** allows the user to share specific media message tips with others (e.g., by emailing text of the media message information **124**). The go back button **126** returns the user to the previous screen.

If the user selects the buy airtime button **120** in interface **110**, the buy airtime interface **130** is displayed, as seen in FIG. **4**. Title input **132** allows a user to enter a text title for their media message, while text of the media message can be entered in message input **134**. Optionally, the user can attach or add a link to an image, audio and/or video in the media input **136**. This media is uploaded to the server **102** and rendered in to the stream for broadcast at the scheduled time. The next button **138** displays the airtime selection interface **140** as seen in FIG. **5**.

The airtime selection interface **140** preferably provides a plurality of selectable time ranges **142** (e.g., check boxes) and their accompanying cost. A minute input **144** allows the user to specify the amount of time the user would like their media message to be displayed as the current media message. Selecting the advanced button **148** displays the advanced airtime interface **150** seen in FIG. **6**.

The advanced airtime interface **150** allows the user more control over exactly when the media message will be shown as the current media message. For example, a date input **152** allows the user to specify a specific day to air the media message, the time interface **154** provides more detailed time ranges, and the time interface allows input of the amount of time the media message will air as the current media

**6**

message. Selecting the basic button **159** returns the user to the airtime selection interface **140** while selecting the find time button **158** attempts to find an unreserved free time for the media message.

Once the server **102** has found a free time according to the criteria selected by the user, the preview interface **160** is displayed, as seen in FIG. **7**. The proposed message date **162** is located at the top of the interface **160**, followed by the preview of the media message **164**. The user can select the go back button **166** to return to a previous interface to correct information or can select the checkout button **168** to display the payment interface **170**, seen in FIG. **8**.

The payment interface **170** allows the user to select their desired method of payment. This interface can be used for buying air time on a stream or for any other activity that may require payment (e.g., purchasing gift certificates or greeting cards).

For example, the user can select the in app payment button **172** to cause payment through an "in app" payment system, such as Apple's in app payment system. The user may also enter their credit card information in the credit card input **174** or can select the Paypal button **176** to bring up Paypal login credentials for payment via Paypal. Preferably, the interface **170** includes a plurality of charity inputs **178** (e.g., checkboxes) for specifying donations to specific charities. The user can return to previous interfaces via the go back button **177** or can submit the payment information via the purchase button **179**.

Once the payment information has been submitted and confirmed by the server **102**, the confirmation interface **180** is displayed, as seen in FIG. **9**. A confirmation message **182** is displayed at the top of the interface **180** to confirm the exact time the media message will be available. Additionally, a plurality of media message sharing buttons **184** are displayed to allow the user to easily share details (e.g., date, time, hypertext link) to the media message on various calendar, email, text message or social media websites.

FIG. **11** illustrates an alternate media message interface **200** according to the present invention. The interface **200** allows a user or organization to post a media message, media (music, video, image, etc.) and/or request for donations, seen in the media message display **204**. This airstream media message can be purchased through an interface similar to those previously described in this specification. Optionally, an advertiser may sponsor such a stream and post their ad banner in the banner display **202**.

The interface **200** also displays live or regularly updated comments and media messages from users in the live stream display **206**. If a user wishes to comment, add a greeting card (or similar link) or add a message, the add message button **208** can be selected, prompting the user for a text comments and an optional donation amount. Alternately, the user can select the donate button **210** to donate money without adding a comment (e.g., utilizing the payment interface **170**). These comments and donation amounts are transmitted to the server **102**, processed, and then displayed in the live stream display **206** for all users to view.

FIG. **12** illustrates a sponsor interface **210** that allows an advertiser or user to sponsor a specific current media message or airstream media message. A media message selection input **212** downloads and displays from the server **102** a list of media messages and sponsor prices that are available for sponsorship. A specific media message can be selected and the sponsor's ad banner can be uploaded to the server **102** by clicking the add banner button **214**. Once the user is satisfied by their selection, the check out button **168** can be used to pay.

**7**

FIG. **14** illustrates an item purchase interface **230** that allows the user to make in app purchases of items via the item selection interface **232**. This allows the user to select a desired item (real or virtual) for purchase, then select the check out button **168**, which leads to the previously described payment interface **170**.

In one specific example, the present invention can be particularly used to facilitate prayer or collective consciousness. For example, users can purchase air time to display a prayer or collective thought. In another example, a request for donations (e.g., from a person or charity) can be uploaded to the stream to allow users to donate money within the mobile application.

In another specific example, the present invention can be used to purchase airtime and upload ongoing news or informational video. In this respect, a stream may be directed to eye witness news or similar breaking new.

In another specific example, a stream can be directed to music videos. Hence, a user can purchase airtime and upload their own music videos that will stream at a specific time and date.

In another example, a stream can be directed to short films. Users can produce their own films, purchase airtime, and then upload the films to air on the channel at a specific time.

In another example according to the present invention, the server can provide a user or company with their own media stream to control. In this respect, the other users can post messages on this third party controlled stream, allowing the stream creator to designate airtime price, which uploads are approved and additional items for purchase.

Although the invention has been described in terms of particular embodiments and applications, one of ordinary skill in the art, in light of this teaching, can generate additional embodiments and modifications without departing from the spirit of or exceeding the scope of the claimed invention. Accordingly, it is to be understood that the drawings and descriptions herein are proffered by way of example to facilitate comprehension of the invention and should not be construed to limit the scope thereof.

What is claimed is:

**1**. A method of coordinating video messages, the method comprising:

providing one or more mobile applications for both viewing and creating video messages;

receiving a plurality of video messages from the one or more mobile applications, wherein the plurality of video messages includes text and audio to be simultaneously presented;

storing the plurality of video messages in a database;

sending to a first one of the mobile applications the plurality of video messagess, wherein the first one of

**8**

the mobile applications simultaneously presents the text and the audio with each one of the video messages and provides a comment prompt that, when selected, allows a comment to be added by the first one of the mobile applications to a corresponding one of the video messages when presented;

receiving a notification that a second one of the mobile applications has started a live stream video message; and

streaming the live stream video message to the first one of the mobile applications upon receiving a request from the first one of the mobile applications to receive the live stream video message.

**2**. The method of claim **1**, further comprising maintaining a database containing related comments for the plurality of video messages.

**3**. The method of claim **1**, further comprising causing a textual message associated with the live stream video message to be presented while the second one of the mobile applications streams the live stream video message.

**4**. The method of claim **3**, wherein the textual message originates from the first one of the mobile applications and is delivered to the second one of the mobile applications.

**5**. The method of claim **1**, wherein the first one of the mobile applications includes an interface with a purchase prompt that allows the first one of the mobile applications to submit a purchase request to the second one of the mobile applications.

**6**. The method of claim **5**, wherein the purchase request is for a virtual items made available to the first one of the mobile applications.

**7**. The method of claim **1**, further comprising receiving a request from a third one of the mobile applications to present a particular video message among the plurality of video messages, and causing the particular video message to be presented on the third one of the mobile applications.

**8**. The method of claim **1**, wherein the first one of the mobile applications includes a share prompt that, when selected, shares a link to a particular video message among the plurality of video messages with a third one of the mobile applications.

**9**. The method of claim **1**, further comprising streaming the live stream video message to a third one of the mobile applications and to a fourth one of the mobile applications, and causing a textual message from the first one of the mobile applications associated with the live stream video message to be presented on the third one of the mobile applications and on the fourth one of the mobile applications.

\*   \*   \*   \*   \*

Exhibit A1

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | | Meta Activity |
|---|---|---|
| | **Claim 1** | |
| 1A | A method of coordinating video messages, the method comprising: | Meta, through both its Facebook and Instagram platforms, performs a method of coordinating video messages through its servers and mobile applications.  For example, the Facebook and Instagram mobile applications create video messages that are provided to servers.  The mobile applications present, for viewing, video messages received from the servers, which can be, for example, posts, reels, stories, and live streams.  They also present a comment prompt associated with video messages and provide notifications when a live stream is available.  Further discussion of these and other features that correspond to the claims of the '730 patent, as well as exemplary evidence, is provided herein.<br><br>Exemplary Sources<br>https://www.facebook.com/help/866249956813928/?helpref=related_topics<br>https://help.instagram.com/110121795815331/?helpref=hc_fnav |
| 1B | providing one or more mobile applications for both viewing and creating video messages; | *See* Row 1A.  The mobile application both creates and presents for viewing video messages, such as through posts, stories, reels, and/or live streams.  For example, the mobile application includes a "create reel" option that allows the mobile application to create a reel from a video and publish the reel to a Meta server.  The reels can be viewed through mobile applications.  The mobile application also provides for live streaming, such as through the "Go Live" feature (Facebook) or the "Live Broadcast" feature (Instagram) of the mobile application.  These live streams can be viewed through the mobile application as well.  Additional examples are explained in the Facebook Help Center and Instagram Help Center, portions of which are reproduced and/or linked below. |

# Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
|  | |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| |  |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|



**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | 

**Exemplary Sources**
https://www.facebook.com/help/753046815962474/?helpref=hc_fnav
https://www.facebook.com/help/401287967326510/?helpref=hc_fnav
https://www.facebook.com/help/2862139500770200?cms_platform=android-app&helpref=platform_switcher
https://www.facebook.com/help/166707406722029?helpref=about_content
https://www.facebook.com/help/1636872026560015/?helpref=uf_share
https://statusbrew.com/insights/how-to-go-live-on-facebook/#what-is-facebook-live
https://help.instagram.com/666412317561393/?cms_platform=iphone-app&helpref=platform_switcher
https://help.instagram.com/2720958398006062/?cms_platform=iphone-app&helpref=platform_switcher
https://help.instagram.com/140491076362332/?helpref=hc_fnav
https://help.instagram.com/292478487812558/?cms_platform=iphone-app&helpref=platform_switcher |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| 1C receiving a plurality of video messages from the one or more mobile applications, | *See* Row 1B.  The Meta servers receive and store a plurality of video messages from mobile applications.  For example, albums can be created that are comprised of a plurality of videos.  The mobile application also allows for searching through categories of videos.<br><br> |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | **Exemplary Sources**<br>https://www.facebook.com/help/490693151131920/?helpref=hc_fnav<br>https://www.facebook.com/help/android-app/221747465020503<br>https://help.instagram.com/1986234648360433/?helpref=hc_fnav<br>https://help.instagram.com/140491076362332/?helpref=hc_fnav |
| 1D | wherein the plurality of video messages includes text and audio to be simultaneously presented; | *See* Row 1B.  The video messages can include text and audio that are simultaneously presented with video.  For example, both reels and stories can include text, such as stylized text and stickers, for simultaneous presentation with video in the video message. |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| |  |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | | Meta Activity |
|---|---|---|
| | | When you share a photo or video to your story on Facebook, you can add music, polls, locations, feelings, GIFs and other information to your story using stickers.<br><br>To add a sticker to your story:<br><br>1. Tap ⊕ **Create Story** at the top of your Feed.<br><br>2. Add your photo or video. Tap a story type at the top (example: **Selfie**, **Boomerang**), select a photo or video from your camera roll, or tap ⊙ to take a new photo or video.<br><br>3. Tap    in the top right, then select a sticker.<br><br>4. To edit most stickers, you can tap to change the style, tap and hold to move it, or use two fingers to rotate it or change the size. To remove a sticker, drag it to    at the bottom of the screen.<br><br>5. Tap **Privacy** in the bottom left to select the audience.<br><br>6. Tap **Share to Story**.<br><br>Note: Stickers can't be added to text stories.<br><br>If you're not seeing certain stickers you'd like to use (example: music or polls), make sure your app is updated to the latest version by visiting the App Store or Google Play Store.<br><br>Learn more about stories on Facebook.<br><br>**How do I add text to my story on Facebook?**<br><br>To add text to a photo or video in your story on Facebook:<br><br>1. At the top of your Feed, click ⊕ **Create story**.<br><br>2. Click **Create a photo story** and select your photo or video.<br><br>3. Click **Add text** on the left, then add your text. You can also:<br>   • Click the font name (example: **Headline, Classic, Fancy**) to see different fonts.<br>   • Click the colored circle to change your text color.<br><br>4. After you add your text, you can drag to move it or change the size. To remove your text, hover over it, then click ✕ .<br><br>5. Click **Share to story**.<br><br>In addition, these video messages can include audio, such as voice-overs and music, for simultaneous presentation with the video. |

# Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|



**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | | Meta Activity |
|---|---|---|
| | | **To add music to your story:** |

**To add music to your story:**

1. Open the Facebook app for iOS or Android.

2. Tap ⊕ **Create story** at the top of your Feed.

3. At the top of the screen, swipe to the right and tap 🎵 **Music**.

4. Tap to select a song. If you want to display music lyrics, select a song with the **Lyrics** label next to it.

5. Tap 🎵 to open the music editor.

6. Drag the slider left or right to select a clip from the song, then tap **Done**.

7. Tap to select a display style (example: **Aa**) then tap **Done**. You can choose music lyrics if they're available for your selected song, or different sticker formats with the song name and artist.

8. The song will appear on your story. You can tap to change the style, tap and hold to move it, or use two fingers to rotate it or change the size. To remove the song, drag it to 🗑 at the bottom of the screen.

9. Tap the circle at the right of the screen (example: 🔵) to change the background or add a photo or video from your camera roll.

10. Tap **Share** (Android) or **Share to story** (iOS).

Exemplary Sources
https://www.facebook.com/help/585057775846104?cms_platform=iphone-app&helpref=platform_switcher
https://www.facebook.com/help/126560554619115/?helpref=hc_fnav
https://www.facebook.com/help/1221002915080894?cms_platform=iphone-app&helpref=platform_switcher
https://www.facebook.com/business/help/419816202267568?id=526867548205796
https://statusbrew.com/insights/how-to-go-live-on-facebook/#what-is-facebook-live
https://help.instagram.com/270447560766967/?helpref=hc_fnav
https://help.instagram.com/329208821595430/?cms_platform=iphone-app&helpref=platform_switcher

11

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| 1E  storing the plurality of video messages in a database; | *See* Row 1C.  The servers store a plurality of video messages received from the mobile applications in one or more databases, as demonstrated by, for example, the ability of the servers to organize, index, and retrieve video messages.  The storage of messages in a structured database allows, among other things, multiple video messages to be associated with each other, such as in an album.  It also allows for the ability to search through video collections.<br><br><br><br> |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | <br><br>**Exemplary Sources**<br>https://www.facebook.com/help/401287967326510?helpref=about_content<br>https://www.facebook.com/help/490693151131920/?helpref=hc_fnav<br>https://help.instagram.com/1038071743007909<br>https://help.instagram.com/270447560766967/?helpref=hc_fnav |
| 1F | sending to a first one of the mobile applications the plurality of video messages, | *See* Row 1B.  The Meta servers send a plurality of stored video messages to mobile applications.  A first one of the mobile applications that receives the plurality of video messages presents the video messages for viewing.  For example, the Facebook and Instagram Help Centers describe the viewing of video messages. |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| |  |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | <u>Exemplary Sources</u><br>https://www.facebook.com/help/401287967326510?helpref=about_content<br>https://www.youtube.com/watch?v=uymE8TEtv58 (showing the presentation of reels video messages provided by servers through the mobile application)<br>https://help.instagram.com/1038071743007909<br>https://help.instagram.com/270447560766967/?helpref=hc_fnav<br>https://help.instagram.com/1986234648360433/?helpref=hc_fnav |
| 1G  wherein the first one of the mobile applications simultaneously presents the text and the audio with each one of the video messages | *See* Row 1D and Row 1F. For each video message of the plurality of video messages, the mobile applications simultaneously present any associated text and audio with the video. For example, the mobile applications present the plurality of video messages by presenting a first video message with its associated text and audio, then present a second video message with its associated text and audio, and so on.<br><br><u>Exemplary Sources</u><br>https://www.facebook.com/help/585057775846104?cms_platform=iphone-app&helpref=platform_switcher<br>https://help.instagram.com/1986234648360433/?helpref=hc_fnav<br>https://www.youtube.com/watch?v=E8oabM_OMeA (describing how to edit audio and add text during specific time points within video) |
| 1H  and provides a comment prompt that, when selected, allows a comment to be added by the first one of the mobile applications to a corresponding one of the video messages when presented; | The mobile applications provide a comment prompt when presenting a video message. The comment prompt is identified by an icon with the word "Comment" (Facebook) or simply an icon (Instagram). The comment prompt provides an interface that allows a comment to be added by the mobile application and associated with the presented video message. The comments added through the prompt are thereafter available for presentation by mobile applications presenting the video message. |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
| --- | --- |
| |  |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | <br><br>**Exemplary Sources**<br>https://www.facebook.com/help/167598583302066/?helpref=search&query=add%20comment&search_session_id=d6420c5614875b0c0813256103859a08&sr=11<br>https://www.facebook.com/help/1461842980969682/?cms_platform=iphone-app&helpref=platform_switcher<br>https://help.instagram.com/249714943742850/?helpref=search&query=comment%27&search_session_id=e467cc10b842f41723461e7b9ed5110d&sr=17<br>https://www.youtube.com/watch?v=T7XaHXKWBnk |
| 1l | receiving a notification that a second one of the mobile applications has started a live stream video message; and | In the case of a live stream video message, the mobile applications communicate with the Meta server(s) to indicate that a live stream is available from the mobile application. Facebook explains that mobile applications will "Go live" after an interaction with the "Live Video" prompt. For Instagram, the mobile application will start a live broadcast through the "Live" menu. |

## Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| |  The server also notifies other mobile applications, such as those mobile applications associated with accounts that follow the account from which the live video stream originates. |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
|  | **To change your live video notifications from a specific Page:**<br><br>1. In the top left, click [🔍] and search for the Page.<br><br>2. Click the Page.<br><br>3. Click [⋯] then click **Follow settings**.<br><br>4. Click [▶] **Live video**<br><br>5. Click the type of notifications you'd like to receive:<br>   • If **All notifications** or **Highlights** is selected, you'll receive live video notifications from the Page.<br>   • Select **Off** to turn off all live video notifications from the Page.<br><br>Note: When you're watching a live video or a video that was live, you can click [🔔] **Follow** and then [🔔] to be notified the next time the person or Page starts a live broadcast.<br><br>Exemplary Sources<br>https://www.facebook.com/help/iphone-app/1636872026560015<br>https://www.facebook.com/help/208481212895336<br>https://help.instagram.com/292478487812558/?cms_platform=iphone-app&helpref=platform_switcher<br>https://help.instagram.com/699289326902954/?helpref=related_articles |
| 1J | streaming the live stream video message to the first one of the mobile applications upon receiving a request from the first one of the mobile applications to receive the live stream video message. | *See* Row 1I.  The mobile applications indicate when a live stream video message is available.  The mobile applications can also request that the live stream video message be sent to the mobile application from the server.  When received, the mobile applications will stream the live stream video received from the server(s). |

# Exhibit A1 – U.S. PATENT 11,734,730

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| |  |

**Exhibit A1 – U.S. PATENT 11,734,730**

| U.S. Patent 11,734,730 | Meta Activity |
|---|---|
| | **Watch live videos on Facebook**    Copy link<br><br>Android App Help  Computer Help  iPad App Help  iPhone App Help  More ▾<br><br>To find live videos on Facebook:<br><br>1. From your News Feed, tap ▭ **Menu** in the bottom right.<br><br>2. Scroll down and tap **Live Videos**. If you don't see it, tap **See More** and scroll to find it.<br><br>If you're searching for a specific video or topic, you can tap **Search Facebook** at the top of your screen, then filter to narrow your results.<br><br>Learn how to manage your notifications for live videos.<br><br>Exemplary Sources<br>https://www.facebook.com/help/401287967326510/?helpref=hc_fnav<br>https://help.instagram.com/699289326902954/?helpref=related_articles |

21

# Exhibit B

US011966952B1

(12) **United States Patent**
Fletcher

(10) Patent No.: **US 11,966,952 B1**
(45) Date of Patent: **Apr. 23, 2024**

(54) **MOBILE DEVICE STREAMING MEDIA APPLICATION**

(71) Applicant: **Weple IP Holdings LLC**, Austin, TX (US)

(72) Inventor: **Mary Anne Fletcher**, Jackson, GA (US)

(73) Assignee: **Weple IP Holdings LLC**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/423,193**

(22) Filed: **Jan. 25, 2024**

**Related U.S. Application Data**

(63) Continuation of application No. 18/346,318, filed on Jul. 3, 2023, which is a continuation of application
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *G06Q 30/0279* | (2023.01) |
| *G06Q 30/02* | (2023.01) |
| *G06Q 30/0241* | (2023.01) |
| *G06Q 30/0251* | (2023.01) |
| *G06Q 30/0273* | (2023.01) |
| *G06Q 30/0601* | (2023.01) |
(Continued)

(52) **U.S. Cl.**
CPC ......... *G06Q 30/0279* (2013.01); *G06Q 30/02* (2013.01); *G06Q 30/0267* (2013.01); *G06Q 30/0269* (2013.01); *G06Q 30/0273* (2013.01); *G06Q 30/0641* (2013.01); *H04L 51/04* (2013.01); *H04L 51/52* (2022.05); *H04L 65/403* (2013.01); *H04L 65/60* (2013.01); *H04L 65/611* (2022.05); *H04L 65/613* (2022.05); *G06Q 30/0277* (2013.01)

(58) **Field of Classification Search**
CPC ........... G06Q 30/0279; G06Q 30/0269; G06Q 30/0267; G06Q 30/0273; G06Q 30/0641; H04L 51/04; H04L 65/4076; H04L 65/04
USPC ...................................................... 709/227
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,744,868 | B2 | 6/2004 | Mani |
| 6,757,273 | B1 | 6/2004 | Hsu et al. |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2005009019 A2 | 1/2005 |
| WO | 2008072093 A2 | 6/2008 |
| WO | 2010108053 A1 | 9/2010 |

OTHER PUBLICATIONS

https://techcrunch.com/2009/03/05/ustream-launches-mobile-video-broadcasting-apps/ Ustream Launches Mobile Video Broadcasting Apps. Erick Schonfeld, Mar. 5, 2009.
(Continued)

*Primary Examiner* — Tauqir Hussain
(74) *Attorney, Agent, or Firm* — Avantech Law, LLP

(57) **ABSTRACT**

A system and process for coordinating streaming content or messages is provided. A network-connected server maintains a database containing media content-related data, such as the text of a message, accompanying media, time of airing, payment, and related comments. A user can view these feeds or streams of these consciousness messages by downloading a mobile application or browsing to a website. The application can also be used to create, schedule, and pay for a media content message.

**24 Claims, 14 Drawing Sheets**



## US 11,966,952 B1

Page 2

### Related U.S. Application Data

No. 17/705,331, filed on Mar. 27, 2022, now Pat. No. 11,734,730, which is a continuation of application No. 17/384,911, filed on Jul. 26, 2021, now Pat. No. 11,605,112, which is a continuation of application No. 16/812,495, filed on Mar. 9, 2020, now Pat. No. 11,074,627, which is a continuation of application No. 16/790,953, filed on Feb. 14, 2020, now Pat. No. 10,909,583, which is a continuation of application No. 16/157,269, filed on Oct. 11, 2018, now Pat. No. 10,565,628, which is a continuation of application No. 15/273,335, filed on Sep. 22, 2016, now Pat. No. 10,102,553, which is a continuation of application No. 15/041,422, filed on Feb. 11, 2016, now Pat. No. 9,456,013, which is a continuation of application No. 14/512,353, filed on Oct. 10, 2014, now Pat. No. 9,294,527, which is a continuation of application No. 13/967,414, filed on Aug. 15, 2013, now Pat. No. 8,862,678, which is a continuation of application No. 13/027,191, filed on Feb. 14, 2011, now Pat. No. 8,516,063.

(60) Provisional application No. 61/304,331, filed on Feb. 12, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 51/04* | (2022.01) |
| *H04L 51/52* | (2022.01) |
| *H04L 51/56* | (2022.01) |
| *H04L 65/403* | (2022.01) |
| *H04L 65/60* | (2022.01) |
| *H04L 65/611* | (2022.01) |
| *H04L 65/613* | (2022.01) |
| *H04L 65/65* | (2022.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,064,760 | B2 | 6/2006 | Capin et al. |
| 7,107,010 | B2 | 9/2006 | Heinonen et al. |
| 7,339,940 | B2 * | 3/2008 | Boberg .................. H04W 4/12 |
| | | | 370/401 |
| 7,386,623 | B2 | 6/2008 | Nishimura et al. |
| 7,558,869 | B2 | 7/2009 | Leon et al. |
| 7,575,172 | B2 * | 8/2009 | Silverbrook ........ B41J 13/0063 |
| | | | 358/1.9 |
| 7,593,740 | B2 | 9/2009 | Crowley et al. |
| 7,620,426 | B2 | 11/2009 | Ortiz et al. |
| 7,756,744 | B2 * | 7/2010 | Schiff .................... G06Q 30/02 |
| | | | 705/14.51 |
| 7,877,461 | B1 | 1/2011 | Rimmer |
| 7,930,409 | B2 | 4/2011 | Shitrit |
| 7,945,546 | B2 | 5/2011 | Bliss et al. |
| 7,960,945 | B1 | 6/2011 | Onorato et al. |
| 7,996,775 | B2 | 8/2011 | Cole et al. |
| 8,028,092 | B2 | 9/2011 | Brown et al. |
| 8,037,093 | B2 | 10/2011 | Tiu, Jr. et al. |
| 8,086,253 | B1 | 12/2011 | Kalamkar et al. |
| 8,108,781 | B2 | 1/2012 | Laansoo et al. |
| 8,128,503 | B1 | 3/2012 | Haot et al. |
| 8,219,028 | B1 | 7/2012 | Flamholz |
| 8,219,134 | B2 | 7/2012 | Maharajh et al. |
| 8,244,848 | B1 | 8/2012 | Narayanan et al. |
| 8,255,552 | B2 | 8/2012 | Witt et al. |
| 8,266,550 | B1 | 9/2012 | Cleron et al. |
| 8,291,341 | B2 | 10/2012 | Tseng et al. |
| 8,325,213 | B2 | 12/2012 | Lamb et al. |
| 8,385,950 | B1 | 2/2013 | Wagner et al. |
| 8,423,778 | B2 | 4/2013 | Mohanty |
| 8,433,611 | B2 | 4/2013 | Lax et al. |

| | | | |
|---|---|---|---|
| 8,493,931 | B1 | 7/2013 | Nix |
| 8,516,063 | B2 | 8/2013 | Fletcher |
| 8,527,496 | B2 | 9/2013 | Wable et al. |
| 8,527,497 | B2 | 9/2013 | Singh et al. |
| 8,560,678 | B2 | 10/2013 | Tseng |
| 8,572,493 | B2 * | 10/2013 | Qureshi .................. H04L 51/58 |
| | | | 715/752 |
| 8,620,878 | B2 | 12/2013 | Feher et al. |
| 8,701,020 | B1 * | 4/2014 | Fulcher ............ H04N 21/4788 |
| | | | 715/756 |
| 8,832,111 | B2 | 9/2014 | Venkataramani et al. |
| 8,862,678 | B2 | 10/2014 | Fletcher |
| 8,862,762 | B1 | 10/2014 | Motrenko et al. |
| 8,997,006 | B2 | 3/2015 | Whitnah et al. |
| 9,098,165 | B2 | 8/2015 | Schoen et al. |
| 9,110,953 | B2 | 8/2015 | Steinberg et al. |
| 9,119,027 | B2 | 8/2015 | Sharon et al. |
| 9,123,079 | B2 | 9/2015 | Zigoris et al. |
| 9,177,346 | B2 | 11/2015 | Ahrens et al. |
| 9,218,496 | B2 | 12/2015 | Callahan et al. |
| 9,294,527 | B2 | 3/2016 | Fletcher |
| 9,456,013 | B2 | 9/2016 | Fletcher |
| 9,571,422 | B2 | 2/2017 | Hui et al. |
| 9,582,807 | B2 | 2/2017 | Jin et al. |
| 9,602,605 | B2 | 3/2017 | Wang et al. |
| 9,654,301 | B2 | 5/2017 | Lipka et al. |
| 9,753,609 | B2 | 9/2017 | Tseng |
| 9,823,803 | B2 | 11/2017 | Tseng |
| 9,984,392 | B2 | 5/2018 | Kendall et al. |
| 10,009,345 | B2 | 6/2018 | Pearlman et al. |
| 10,083,461 | B2 | 9/2018 | Schoen et al. |
| 10,102,552 | B2 | 10/2018 | Fletcher |
| 10,102,553 | B2 | 10/2018 | Fletcher |
| 10,565,628 | B2 | 2/2020 | Fletcher |
| 10,909,583 | B2 | 2/2021 | Fletcher |
| 11,070,890 | B2 | 7/2021 | Carney et al. |
| 11,074,627 | B2 | 7/2021 | Fletcher |
| 11,605,112 | B2 | 3/2023 | Fletcher |
| 11,734,730 | B2 | 8/2023 | Fletcher |
| 2002/0052781 | A1 * | 5/2002 | Aufricht .............. H04L 67/2852 |
| | | | 705/14.69 |
| 2003/0023489 | A1 * | 1/2003 | McGuire ............ G06Q 30/0257 |
| | | | 705/14.66 |
| 2003/0105812 | A1 * | 6/2003 | Flowers, Jr. ........ H04L 63/029 |
| | | | 709/203 |
| 2003/0143993 | A1 * | 7/2003 | Nagaoka .................. H04M 3/42 |
| | | | 455/70 |
| 2003/0149978 | A1 * | 8/2003 | Plotnick .............. H04N 21/47 |
| | | | 725/54 |
| 2004/0015562 | A1 * | 1/2004 | Harper .................. H04W 8/00 |
| | | | 709/217 |
| 2004/0071088 | A1 | 4/2004 | Curcio et al. |
| 2004/0186877 | A1 | 9/2004 | Wang et al. |
| 2004/0261033 | A1 | 12/2004 | Mabon |
| 2005/0138560 | A1 | 6/2005 | Lee et al. |
| 2005/0254526 | A1 | 11/2005 | Wang et al. |
| 2005/0262145 | A1 * | 11/2005 | Kawano ............ H04N 21/25891 |
| | | | 348/E7.071 |
| 2005/0265555 | A1 | 12/2005 | Pippuri |
| 2005/0283444 | A1 | 12/2005 | Ekberg |
| 2006/0031548 | A1 | 2/2006 | Funchess |
| 2007/0028279 | A1 | 2/2007 | Kim |
| 2007/0099659 | A1 * | 5/2007 | Borquez .................. G06F 8/20 |
| | | | 455/3.06 |
| 2007/0174490 | A1 * | 7/2007 | Choi .................. H04M 15/00 |
| | | | 707/E17.116 |
| 2007/0262953 | A1 * | 11/2007 | Zackschewski ........ B60K 37/06 |
| | | | 348/E13.059 |
| 2007/0294177 | A1 * | 12/2007 | Volk .................. G06Q 30/06 |
| | | | 705/52 |
| 2008/0040498 | A1 | 2/2008 | Setlur et al. |
| 2008/0052154 | A1 * | 2/2008 | Gulliksen ............ G06Q 30/00 |
| | | | 705/14.61 |
| 2008/0072139 | A1 | 3/2008 | Salinas et al. |
| 2008/0076409 | A1 | 3/2008 | Hinrikus et al. |
| 2008/0085682 | A1 * | 4/2008 | Rao .................... H04W 4/023 |
| | | | 455/74 |
| 2008/0126415 | A1 | 5/2008 | Chaudhury et al. |

**US 11,966,952 B1**

Page 3

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2008/0144781 A1* | 6/2008 | Liebermann | G09B 21/001 379/52 |
| 2008/0154723 A1* | 6/2008 | Ferguson | G06Q 30/02 705/14.54 |
| 2008/0195664 A1 | 8/2008 | Maharajh et al. | |
| 2008/0216418 A1* | 9/2008 | Durham | E04H 6/025 52/73 |
| 2008/0235123 A1* | 9/2008 | Olliphant | G06Q 40/00 705/35 |
| 2008/0248788 A1* | 10/2008 | Smith | H04W 4/14 455/414.3 |
| 2008/0276266 A1 | 11/2008 | Huchital et al. | |
| 2009/0006191 A1 | 1/2009 | Arankalle et al. | |
| 2009/0017805 A1* | 1/2009 | Sarukkai | H04W 28/06 455/414.3 |
| 2009/0030988 A1* | 1/2009 | Kuhlke | H04L 51/04 709/206 |
| 2009/0070219 A1* | 3/2009 | D'Angelo et al. | |
| 2009/0070832 A1 | 3/2009 | Urban | |
| 2009/0144772 A1 | 6/2009 | Fink et al. | |
| 2009/0156170 A1* | 6/2009 | Rossano | H04W 4/12 455/466 |
| 2009/0158136 A1* | 6/2009 | Rossano | H04N 7/147 715/810 |
| 2009/0164299 A1* | 6/2009 | Gupta | G06Q 30/0275 705/14.71 |
| 2009/0171780 A1* | 7/2009 | Aldrey | G06Q 30/0273 705/14.69 |
| 2009/0197580 A1* | 8/2009 | Gupta | G06Q 30/02 455/414.2 |
| 2009/0198538 A1* | 8/2009 | Gupta | G06Q 30/0267 705/14.64 |
| 2009/0204479 A1* | 8/2009 | Wolinsky | G06Q 30/0259 705/14.57 |
| 2009/0248665 A1 | 10/2009 | Garg et al. | |
| 2009/0265243 A1* | 10/2009 | Karassner | G06Q 30/0275 705/14.54 |
| 2010/0037204 A1* | 2/2010 | Lin et al. | |
| 2010/0042700 A1* | 2/2010 | Harper | H04L 12/1859 709/217 |
| 2010/0045666 A1 | 2/2010 | Kornmann et al. | |
| 2010/0060477 A1 | 3/2010 | Laasik et al. | |
| 2010/0060715 A1 | 3/2010 | Laasik et al. | |
| 2010/0063866 A1* | 3/2010 | Kinoshita | G06Q 30/02 705/7.29 |
| 2010/0064334 A1 | 3/2010 | Blackburn et al. | |
| 2010/0114739 A1* | 5/2010 | Johnston | G06Q 30/06 705/26.1 |
| 2010/0125491 A1* | 5/2010 | Elliott | G06Q 90/00 705/14.4 |
| 2010/0153578 A1 | 6/2010 | Van Gassel et al. | |
| 2010/0161635 A1* | 6/2010 | Dey | H04N 21/6131 707/758 |
| 2010/0174547 A1 | 7/2010 | Vos | |
| 2010/0198946 A1* | 8/2010 | Dowlatkhah | H04L 65/80 709/220 |
| 2010/0215167 A1* | 8/2010 | Burneo | G06Q 10/00 379/207.02 |
| 2010/0235245 A1* | 9/2010 | Grossman | G06Q 30/0277 705/14.73 |
| 2010/0262711 A1 | 10/2010 | Bouazizi | |
| 2011/0016182 A1* | 1/2011 | Harris | G06Q 30/02 709/206 |
| 2011/0035255 A1* | 2/2011 | Dasher | G06Q 30/0273 705/14.69 |
| 2011/0106622 A1* | 5/2011 | Kuhlman | H04L 51/063 705/14.69 |
| 2011/0106626 A1* | 5/2011 | Zender | G06Q 30/0267 705/14.64 |
| 2011/0136427 A1* | 6/2011 | Al Qalqili | H04W 64/003 455/414.1 |
| 2011/0138297 A1* | 6/2011 | Harper | H04L 51/38 715/743 |
| 2011/0153362 A1* | 6/2011 | Valin | G06Q 20/1085 340/5.82 |
| 2011/0161987 A1 | 6/2011 | Huang et al. | |
| 2011/0184809 A1* | 7/2011 | Beavers | G06Q 30/0267 705/14.64 |
| 2011/0191432 A1 | 8/2011 | Layson, Jr. | |
| 2011/0196748 A1* | 8/2011 | Caron | G06Q 30/0276 715/764 |
| 2011/0208822 A1* | 8/2011 | Rathod | G06Q 30/02 709/206 |
| 2011/0213657 A1* | 9/2011 | O'Malley | H04M 3/42017 379/88.19 |
| 2011/0213665 A1* | 9/2011 | Joa | G06Q 40/00 705/14.72 |
| 2011/0246659 A1 | 10/2011 | Bouazizi | |
| 2011/0289433 A1* | 11/2011 | Whalin | G06Q 30/02 715/753 |
| 2011/0307545 A1 | 12/2011 | Bouazizi | |
| 2012/0005287 A1 | 1/2012 | Gadel et al. | |
| 2012/0011267 A1 | 1/2012 | Ma et al. | |
| 2014/0051402 A1 | 2/2014 | Qureshi | |
| 2016/0309236 A1 | 10/2016 | Haot et al. | |
| 2018/0219976 A1* | 8/2018 | Decenzo | G07C 9/00 |
| 2020/0076747 A1* | 3/2020 | DeMattei | G06Q 10/107 |
| 2023/0360092 A1 | 11/2023 | Fletcher | |

OTHER PUBLICATIONS

http://thenextweb.com/2009/06/10/nokia-bundle-qik-smartphone-live-streaming/#gref Qik to be bundled with every Nokia smartphone—is live streaming about to take off? Martin Bryant, Jun. 10, 2009.
http://gigaom.com/2009/03/11/qik-pairs-with-nokias-ovi-for-live-streaming/ Qik Pairs with Nokia's Ovi for Live Streaming, Cross-Posting. Kevin C Tofel, Mar. 11, 2009.
http://www.iphonehacks.com/2009/03/skype-for-iphone-available-on-app-store-in-japan.html Skype for iPhone Available on App Store. iPhonehacks, Mar. 30, 2009.
http://phys.org/news/2009-04-skype-iphone-worth-download.html Skype on the iPhone: Worth the download Scott Kleinberg, Apr. 8, 2009.
http://mashable.com/2009/11/25/ustream-viewer-android/#JT35VeW9BGqu Ustream Launches Viewer for Android Devices Stan Schroeder, Nov. 25, 2009.
http://ustream.tv/blog/2009/11/25/ustream-viewer-beta-for-android-in-the-marketplace/ Ustream Viewer beta for Andriod in the Marketplace Gyula Feher, Nov. 25, 2009.
https://techcrunch.com/2010/01/28/ustream-producer-desktop/ Ustream Helps Give Your Live Broadcast a Professional Feel With New Desktop Client Jason Kincaid, Jan. 28, 2010.
http://www.iphonejd.com/iphone_jd/2009/12/review-knocking-live-video-sharing.html Review: Knocking Live—stream live video from your iPhone Jeff Richardson, Dec. 3, 2009.
http://latimesblogs.latimes.com/technology/2009/12/ustream-video-iphone-app.html Ustream lets iPhones broadcast live and unlocks video recording for older models Mark Milian, Dec. 9, 2009.
https://techcrunch.com/2009/08/05/ustream-finally-launches-a-recording-iphone-app-no-live-video-but-a-lot-of-options/ Ustream Finally Launches a Recording iPhone App. No Live Video, But a Lot of Options MG Siegler, Aug. 5, 2009.
https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/ Apple Announces In-App Purchases for Free iPhone Applications Jason Kincaid, Oct. 15, 2009.

* cited by examiner



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



182

**Confirmation**

Thank you for your caring message, which will be aired on January 15, 2011 at 12:15 pm.

Add to Calendar

Post to Facebook

184

Post to Twitter

Send email

180

Figure 9



190 — Application downloads available media message times from server

192 — User selects and uploads desired media message time and media message

194 — Server stores media message data in database

196 — Server provides media message data at scheduled time for download, stream or as push notification

Figure 10



Figure 11



Figure 12



220 — Application downloads or receives current media message

222 — Application displays current media message for user

224 — User interacts with media message

226 — User adds a custom media message

Figure 13



**Items to Purchase**

The items below are available for in app purchase:

-Hat $12

-T-Shirt $20

-CD $15

232

230

168

Go Back    Check Out

166

Figure 14

US 11,966,952 B1

**1**

# MOBILE DEVICE STREAMING MEDIA APPLICATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 18/346,318, filed Jul. 3, 2023, which is a continuation of U.S. patent application Ser. No. 17/705,331, filed Mar. 27, 2022, which is a continuation of U.S. patent application Ser. No. 17/384,911, filed Jul. 26, 2021, which is a continuation of U.S. patent application Ser. No. 16/812, 495, filed Mar. 9, 2020, which is a continuation of U.S. patent application Ser. No. 16/790,953, filed Feb. 14, 2020, which is a continuation of U.S. patent application Ser. No. 16/157,269, filed Oct. 11, 2018, which is a continuation of U.S. patent application Ser. No. 15/273,335, filed Sep. 22, 2016, which is a continuation of U.S. patent application Ser. No. 15/041,422, filed Feb. 11, 2016, which is a continuation of U.S. patent application Ser. No. 14/512,353, filed Oct. 10, 2014, which is a continuation of U.S. patent application Ser. No. 13/967,414, filed Aug. 15, 2013, which is a continuation of U.S. patent application Ser. No. 13/027,191, filed Feb. 14, 2011, which claims priority to U.S. Provisional Patent Application No. 61/304,331, filed Feb. 12, 2010. The entireties of U.S. patent application Ser. No. 18/346,318, U.S. patent application Ser. No. 17/705,331, U.S. patent application Ser. No. 17/384,911, U.S. patent application Ser. No. 16/812,495, U.S. patent application Ser. No. 16/790,953, U.S. patent application Ser. No. 16/157,269, U.S. patent application Ser. No. 15/273,335, U.S. patent application Ser. No. 15/041,422, U.S. patent application Ser. No. 14/512, 353, U.S. patent application Ser. No. 13/967,414, U.S. patent application Ser. No. 13/027,191, and U.S. Provisional Patent Application No. 61/304,331 are hereby incorporated by reference herein.

## BACKGROUND OF THE INVENTION

Streaming media is multimedia that is constantly received by and presented to an end-user while being delivered by a streaming provider. The name refers to the delivery method of the medium rather than to the medium itself. The distinction is usually applied to media that are distributed over telecommunications networks, as most other delivery systems are either inherently streaming (e.g., radio, television) or inherently non-streaming (e.g., books, video cassettes, audio CDs). The verb "to stream" is also derived from this term, meaning to deliver media in this manner Internet television is a commonly streamed medium.

Live streaming, more specifically, means taking the media and broadcasting it live over the Internet. The process involves a camera for the media, an encoder to digitize the content, a media publisher where the streams are made available to potential end-users and a content delivery network to distribute and deliver the content. The media can then be viewed by end-users live.

Consciousness is variously defined as subjective experience, awareness, the ability to experience "feeling," wakefulness, the understanding of the concept "self," or the executive control system of the mind. It is an umbrella term that may refer to a variety of mental phenomena. Although humans realize what everyday experiences are, consciousness itself resists being defined, philosophers note.

Consciousness is the subject of much research in philosophy of mind, psychology, neuroscience, cognitive science, and artificial intelligence. Issues of practical concern include

**2**

how the presence of consciousness can be assessed in severely ill or comatose people; whether non-human consciousness exists and, if so, how it can be measured; at what point in fetal development consciousness begins; and whether computers can achieve a conscious state.

Prayer is a form of religious practice that seeks to activate a volitional rapport to a god or spirit through deliberate practice. Prayer may be either individual or communal and take place in public or in private.

It may involve the use of words or song. When language is used, prayer may take the form of a hymn, incantation, formal creedal statement, or a spontaneous utterance in the praying person. There are different forms of prayer such as petitionary prayers, prayers of supplication, thanksgiving, and worship/praise.

Prayer may be directed towards a deity, spirit, deceased person, or lofty idea, for the purpose of worshipping, requesting guidance, requesting assistance, confessing sins, or to express one's thoughts and emotions. Thus, people pray for many reasons such as personal benefit or for the sake of others.

Most major religions involve prayer in one way or another. Some ritualize the act of prayer, requiring a strict sequence of actions or placing a restriction on who is permitted to pray, while others teach that prayer may be practiced spontaneously by anyone at any time.

## SUMMARY OF THE INVENTION

In one embodiment according to the present invention, a system and process for coordinating a programmed media stream is provided. Preferably, this content relates to consciousness messages such as prayers, requests for charity, thoughts, or similar messages. However, this content can also relate to breaking news, music videos, comedy, or similar content. A network-connected server maintains a database containing media content-related data, such as the text of a message, accompanying media, time of airing, payment, and related comments. A user can view these feeds or streams of these streams by downloading a mobile application or browsing to a website. The application or website can also be used to create, schedule, and pay for media content airtime for a message or program.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other aspects, features, and advantages of which embodiments of the invention are capable of will be apparent and elucidated from the following description of embodiments of the present invention, reference being made to the accompanying drawings, in which:

FIG. **1** illustrates a media content coordination system according to an embodiment of the present invention;

FIG. **2** illustrates a current media content interface according to an embodiment of the present invention;

FIG. **3** illustrates an about us interface according to an embodiment of the present invention;

FIG. **4** illustrates an airtime purchase interface according to an embodiment of the present invention;

FIG. **5** illustrates an airtime date selection interface according to an embodiment of the present invention;

FIG. **6** illustrates an advanced airtime date selection interface according to an embodiment of the present invention;

FIG. **7** illustrates a media content preview interface according to an embodiment of the present invention;

US 11,966,952 B1

**3**

FIG. **8** illustrates a payment interface according to an embodiment of the present invention;

FIG. **9** illustrates a confirmation interface according to an embodiment of the present invention;

FIG. **10** illustrates a process of coordinating media content times according to an embodiment of the present invention:

FIG. **11** illustrates a media content airstream interface according to an embodiment of the present invention;

FIG. **12** illustrates a media content sponsorship interface according to an embodiment of the present invention;

FIG. **13** illustrates a process of viewing and interacting with a current message according to an embodiment of the present invention; and,

FIG. **14** illustrates an interface for in app purchases of items according to an embodiment of the present invention.

DESCRIPTION OF EMBODIMENTS

Specific embodiments of the invention will now be described with reference to the accompanying drawings. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. The terminology used in the detailed description of the embodiments illustrated in the accompanying drawings is not intended to be limiting of the invention. In the drawings, like numbers refer to like elements.

Unless otherwise defined, all terms (including technical and scientific terms) used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. It will be further understood that terms, such as those defined in commonly used dictionaries, should be interpreted as having a meaning that is consistent with their meaning in the context of the relevant art and will not be interpreted in an idealized or overly formal sense unless expressly so defined herein.

The terms message, media message, or program are used interchangeably in this specification and generally refer to text, audio, video, or still images sent across the internet. In one aspect of the present invention, the system can be used for any media content type, such as news, comedy, drama, environmental messages, offers to purchase related items, and similar messages. In another aspect of the present invention, the system is used for consciousness messages, such as prayers, collective thoughts, appeals to charity, and inspirational messages.

FIG. **1** illustrates an example media coordination system **100** according to the present invention which allows network connected devices, such as mobile devices **106** (cell phones, portable music players, tables, laptops, etc.), to coordinate times for specific media messages/programs to be streamed to other application users (e.g., a feed of message posts or a stream of real-time media data). Generally, a computer server **102** (e.g., a processor, RAM, a hard drive, an operating system, web serving software and database software) is connected to a wide area network **104** such as the internet or wireless cell phone data network. Mobile devices **106** are also connected to the network **104**, allowing for communication to and from the server **102**.

As seen in item **220** of the flow chart of FIG. **13**, a user either executes the mobile media application on their mobile device or uses a browser to browse to an internet page supplied by the server **102**. The application downloads the current media message/program (i.e., a thought or prayer

**4**

video scheduled for airing at that time) from the server. Alternately, the server **102** may automatically push the current media message or link to the current media message via phone notifications, email, or text messages.

In one example, delivery of the current media message to the mobile device **106** is performed as a feed that is downloaded as requested by the user. In another example, delivery of the current media message is achieved with a live streaming media file (e.g., streaming audio/video) that provides images, text, and/or audio to the user's mobile device. In this respect, the media message stream is similar to a live television station having scheduled media messages as its programming.

In item **222**, the mobile application displays the media message data supplied by the server **102**. This data may include the text of a media message, an attached or linked-to media file, donation information, and media message expiration information (i.e., when the current media message expires causing the mobile application to download a new current media message). Alternately, the media message data may be a live media stream, previously rendered by the server **102**, which displays the images, text, audio, video, or other items in a common media format (e.g., h.264 mp4 video format). In one preferred embodiment, the media message is a prayer, collective consciousness message, request for charity, environmental, or similar message.

In item **224**, the user views the media message data in an interface of the mobile application and interacts with the interface. For example, the user may add a comment about the media message, a donation, a greeting card, or share a link to the media message via a social network, email, text message, or similar communication. The user may also make purchases within the application (e.g., in app purchases, credit cards, Pay Pal, etc.) to buy gift certificates for message airtime, greeting cards, or similar in-application items.

In item **226**, the user can design, upload, and pay for a custom media message that is stored and aired from the server **102**. The server will similarly air the custom media message at the specified time as the current media message, thereby distributing that media message out to other users of the mobile application and website.

FIG. **10** illustrates a flow chart of an example process for coordinating media messages. As seen in item **190**, the mobile application is executed on the mobile device **106** that can download available times that a media message can be scheduled. A user can request availability of a specific time or the mobile application can download a variety of free times.

In item **192**, the user selects a time that they would like to have their media message available, the text of their media message, any images, or videos that they would like to to accompany the media message, and payment information. This data is uploaded to server **102** and stored in a database in item **194**.

As seen in item **196**, the server **102** provides media message data according to the scheduled time. This data can be rendered and streamed as a live streaming format, made available for download to each mobile device **106** running the application or can be sent out via a push notification, email, or text message. Optionally, the push notification, email, or text message can include a link that opens the mobile media message application to that specific media message or to a webpage displaying that media message.

The current media message can also be displayed on any participating websites. For example, an otherwise nonaffiliated website could include code that displays the current

**5**

media message. In another example, the media message can be posted to a social media site, such as Facebook or Twitter, which allows users to subscribe. In this respect, people visiting websites otherwise unrelated to the server **102** can also view the current media message.

FIGS. **2-9** illustrate various example aspects and interfaces of the mobile media message application according to the present invention. FIG. **2** illustrates the current media message interface **110** that displays the media message currently scheduled by the server **102**. The current media message interface **110** preferably includes a media message text display **114** that displays the text of the media message specified by the person who created the current media message.

Optionally, the current media message interface includes an advertisement banner **112** for displaying advertisements from a downloaded source, such as from Google AdSense or Apple in-app advertising. Optionally, the mobile media message application can allow a user the option to include this banner **112** during the media message creation process to financially subsidize the price of posting the media message.

The interface **110** also includes a comments button **111** that displays a comment interface for leaving messages related to the current media message. A past media messages button **113** is also included for displaying a list of past media messages or bookmarked media messages.

Preferably, multiple feeds or streams are available to the mobile application. For example, some streams can be specific breaking news, religion, music, or pets. Selecting the switch stream button **115** allows the user to switch between these streams.

The donate button **117** allows the user to donate money to originator of the media message, thereby allowing users or entities to raise money in addition to soliciting media messages. The buy gift button **119** allows the user to buy items for the author of the current message or another user. Gifts can include virtual greeting cards, gift certificates, message airtime, and similar items. The buy airtime button **120** displays an interface for creating and purchasing a media message that will be displayed on the application and the learn more button **118** displays an about us interface **122** seen in FIG. **3**.

The about us interface **122** preferably includes information about the developer and information **124** about how to pray. A share button **128** allows the user to share specific media message tips with others (e.g., by emailing text of the media message information **124**). The go back button **126** returns the user to the previous screen.

If the user selects the buy airtime button **120** in interface **110**, the buy airtime interface **130** is displayed, as seen in FIG. **4**. Title input **132** allows a user to enter a text title for their media message, while text of the media message can be entered in message input **134**. Optionally, the user can attach or add a link to an image, audio, and/or video in the media input **136**. This media is uploaded to the server **102** and rendered into the stream for broadcast at the scheduled time. The next button **138** displays the airtime selection interface **140** as seen in FIG. **5**.

The airtime selection interface **140** preferably provides a plurality of selectable time ranges **142** (e.g., check boxes) and their accompanying cost. A minute input **144** allows the user to specify the amount of time the user would like their media message to be displayed as the current media message. Selecting the advanced button **148** displays the advanced airtime interface **150** seen in FIG. **6**.

**6**

The advanced airtime interface **150** allows the user more control over exactly when the media message will be shown as the current media message. For example, a date interface **152** allows the user to specify a specific day to air the media message, the time interface **154** provides more detailed time ranges, and the time interface allows input of the amount of time the media message will air as the current media message. Selecting the basic button **159** returns the user to the airtime selection interface **140** while selecting the find time button **158** attempts to find an unreserved free time for the media message.

Once the server **102** has found a free time according to the criteria selected by the user, the preview interface **160** is displayed, as seen in FIG. **7**. The proposed message date **162** is located at the top of the interface **160**, followed by the preview of the media message **164**. The user can select the go back button **166** to return to a previous interface to correct information or can select the checkout button **168** to display the payment interface **170**, seen in FIG. **8**.

The payment interface **170** allows the user to select their desired method of payment. This interface can be used for buying airtime on a stream or for any other activity that may require payment (e.g., purchasing gift certificates or greeting cards).

For example, the user can select the in-app payment button **172** to cause payment through an "in-app" payment system, such as Apple's in-app payment system. The user may also enter their credit card information in the credit card input **174** or can select the PayPal button **176** to bring up PayPal login credentials for payment via PayPal. Preferably, the interface **170** includes a plurality of charity inputs **178** (e.g., checkboxes) for specifying donations to specific charities. The user can return to previous interfaces via the go back button **177** or can submit the payment information via the purchase button **179**.

Once the payment information has been submitted and confirmed by the server **102**, the confirmation interface **180** is displayed, as seen in FIG. **9**. A confirmation message **182** is displayed at the top of the interface **180** to confirm the exact time the media message will be available. Additionally, a plurality of media message sharing buttons **184** are displayed to allow the user to easily share details (e.g., date, time, hypertext link) to the media message on various calendar, email, text message, or social media websites.

FIG. **11** illustrates an alternate media message interface **200** according to the present invention. The interface **200** allows a user or organization to post a media message, media (music, video, image, etc.), and/or request for donations, seen in the media message display **204**. This airstream media message can be purchased through an interface similar to those previously described in this specification. Optionally, an advertiser may sponsor such a stream and post their ad banner in the banner display **202**.

The interface **200** also displays live or regularly updated comments and media messages from users in the live stream display **206**. If a user wishes to comment, add a greeting card (or similar link), or add a message, the add message button **208** can be selected, prompting the user for a text comments and an optional donation amount. Alternately, the user can select the donate button **210** to donate money without adding a comment (e.g., utilizing the payment interface **170**). These comments and donation amounts are transmitted to the server **102**, processed, and then displayed in the live stream display **206** for all users to view.

FIG. **12** illustrates a sponsor interface **210** that allows an advertiser or user to sponsor a specific current media message or airstream media message. A media message selec-

US 11,966,952 B1

7

tion input **212** downloads and displays from the server **102** a list of media messages and sponsor prices that are available for sponsorship. A specific media message can be selected and the sponsor's ad banner can be uploaded to the server **102** by clicking the add banner button **214**. Once the user is satisfied by their selection, the check out button **168** can be used to pay.

FIG. **14** illustrates an item purchase interface **230** that allows the user to make in-app purchases of items via the item selection interface **232**. This allows the user to select a desired item (real or virtual) for purchase, then select the check out button **168**, which leads to the previously described payment interface **170**.

In one specific example, the present invention can be particularly used to facilitate prayer or collective consciousness. For example, users can purchase airtime to display a prayer or collective thought. In another example, a request for donations (e.g., from a person or charity) can be uploaded to the stream to allow users to donate money within the mobile application.

In another specific example, the present invention can be used to purchase airtime and upload ongoing news or informational video. In this respect, a stream may be directed to eye-witness news or similar breaking new.

In another specific example, a stream can be directed to music videos. Hence, a user can purchase airtime and upload their own music videos that will stream at a specific time and date.

In another example, a stream can be directed to short films. Users can produce their own films, purchase airtime, and then upload the films to air on the channel at a specific time.

In another example according to the present invention, the server can provide a user or company with their own media stream to control. In this respect, the other users can post messages on this third party controlled stream, allowing the stream creator to designate airtime price, which uploads are approved and additional items for purchase.

Although the invention has been described in terms of particular embodiments and applications, one of ordinary skill in the art, in light of this teaching, can generate additional embodiments and modifications without departing from the spirit of or exceeding the scope of the claimed invention. Accordingly, it is to be understood that the drawings and descriptions herein are proffered by way of example to facilitate comprehension of the invention and should not be construed to limit the scope thereof.

What is claimed is:

**1**. A method, comprising:

receiving, at one or more servers, a plurality of media messages from one or more mobile applications executable on a corresponding one or more mobile devices, wherein respective ones of the plurality of media messages are associated with a scheduled airtime that indicates when the media message is first available for presentation and expiration information to determine when the media message is no longer available for presentation;

storing the plurality of media messages on the one or more servers;

selecting, for inclusion in a first feed, a first subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages;

providing the first feed to a first mobile application executable on a first mobile device, the first mobile

8

application configured to present the first feed, wherein presentation of the first feed by the first mobile application includes presentation of an advertisement prompt with a media message included in the first feed, wherein interaction with the advertisement prompt via the first mobile application causes presentation of a first advertisement;

selecting, for inclusion in a second feed, a second subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages; and

providing the second feed to a second mobile application executable on a second mobile device, the second mobile application configured to present the second feed, the second feed differing from the first feed, wherein presentation of the second feed by the second mobile application includes presentation of an advertisement prompt with a media message included in the second feed, wherein interaction with the advertisement prompt via the second mobile application causes presentation of a second advertisement.

**2**. The method of claim **1**, wherein the media message included in the first feed is encoded with a link that enables access to a webpage.

**3**. The method of claim **1**, wherein presentation of the first feed by the first mobile application includes presentation of a sharing prompt with the media message included in the first feed, wherein interaction with the sharing prompt via the first mobile application facilitates generation of a link configured to enable access to the media message.

**4**. The method of claim **1**, wherein presentation of the first feed by the first mobile application includes presentation of a bookmark prompt with the media message included in the first feed, wherein interaction with the bookmark prompt via the first mobile application enables the media message to be associated with another bookmarked media message through the first mobile application.

**5**. The method of claim **1**, wherein presentation of the first feed by the first mobile application includes presentation of an item purchase prompt with the media message included in the first feed, wherein interaction with the item purchase prompt via the first mobile application enables presentation of information to initiate purchase of an item.

**6**. The method of claim **1**, wherein the media message included in the feed is a video that includes one or more of an attached image or attached audio that is not native to the video.

**7**. The method of claim **1**, wherein the scheduled airtime of the media message included in the first feed is purchased prior to providing the first feed to the first mobile application.

**8**. A system, comprising:

one or more servers including memory, machine-readable instructions, and one or more processors, the one or more processors configured to execute the machine-readable instructions to perform operations comprising:

receiving, at the one or more servers, a plurality of media messages from one or more mobile applications executable on a corresponding one or more mobile devices, wherein respective ones of the plurality of media messages are associated with a scheduled airtime that indicates when the media message is first available for presentation and expiration information to determine when the media message is no longer available for presentation;

US 11,966,952 B1

9

storing the plurality of media messages on the one or more servers;

selecting, for inclusion in a first feed, a first subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages;

providing the first feed to a first mobile application executable on a first mobile device, the first mobile application configured to present the first feed, wherein presentation of the first feed by the first mobile application includes presentation of an advertisement prompt with a media message included in the first feed, wherein interaction with the advertisement prompt via the first mobile application causes presentation of a first advertisement;

selecting, for inclusion in a second feed, a second subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages; and

providing the second feed to a second mobile application executable on a second mobile device, the second mobile application configured to present the second feed, the second feed differing from the first feed, wherein presentation of the second feed by the second mobile application includes presentation of an advertisement prompt with a media message included in the second feed, wherein interaction with the advertisement prompt via the second mobile application causes presentation of a second advertisement.

**9**. The system of claim **8**, wherein the media message included in the first feed is encoded with a link that enables access to a webpage.

**10**. The system of claim **8**, wherein presentation of the first feed by the first mobile application includes presentation of a sharing prompt with the media message included in the first feed, wherein interaction with the sharing prompt via the first mobile application facilitates generation of a link configured to enable access to the media message.

**11**. The system of claim **8**, wherein presentation of the first feed by the first mobile application includes presentation of a bookmark prompt with the media message included in the first feed, wherein interaction with the bookmark prompt via the first mobile application enables the media message to be associated with another bookmarked media message through the first mobile application.

**12**. The system of claim **8**, wherein presentation of the first feed by the first mobile application includes presentation of an item purchase prompt with the media message included in the first feed, wherein interaction with the item purchase prompt via the first mobile application enables presentation of information to initiate purchase of an item.

**13**. The system of claim **8**, wherein the media message included in the feed is a video that includes one or more of an attached image or attached audio that is not native to the video.

**14**. The system of claim **8**, wherein the scheduled airtime of the media message included in the first feed is purchased prior to providing the first feed to the first mobile application.

**15**. A non-transitory machine-readable storage medium comprising instructions that, when executed, cause one or more processors of one or more servers to:

10

receive, at the one or more servers, a plurality of media messages from one or more mobile applications executable on a corresponding one or more mobile devices, wherein respective ones of the plurality of media messages are associated with a scheduled airtime that indicates when the media message is first available for presentation and expiration information to determine when the media message is no longer available for presentation;

store the plurality of media messages on the one or more servers;

select, for inclusion in a first feed, a first subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages;

provide the first feed to a first mobile application executable on a first mobile device, the first mobile application configured to present the first feed, wherein presentation of the first feed by the first mobile application includes presentation of an advertisement prompt with a media message included in the first feed, wherein interaction with the advertisement prompt via the first mobile application causes presentation of a first advertisement;

select, for inclusion in a second feed, a second subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages; and

provide the second feed to a second mobile application executable on a second mobile device, the second mobile application configured to present the second feed, the second feed differing from the first feed, wherein presentation of the second feed by the second mobile application includes presentation of an advertisement prompt with a media message included in the second feed, wherein interaction with the advertisement prompt via the second mobile application causes presentation of a second advertisement.

**16**. The non-transitory machine-readable storage medium of claim **15**, wherein the media message included in the first feed is encoded with a link that enables access to a webpage.

**17**. The non-transitory machine-readable storage medium of claim **15**, wherein presentation of the first feed by the first mobile application includes presentation of a sharing prompt with the media message included in the first feed, wherein interaction with the sharing prompt via the first mobile application facilitates generation of a link configured to enable access to the media message.

**18**. The non-transitory machine-readable storage medium of claim **15**, wherein presentation of the first feed by the first mobile application includes presentation of a bookmark prompt with the media message included in the first feed, wherein interaction with the bookmark prompt via the first mobile application enables the media message to be associated with another bookmarked media message through the first mobile application.

**19**. The non-transitory machine-readable storage medium of claim **15**, wherein presentation of the first feed by the first mobile application includes presentation of an item purchase prompt with the media message included in the first feed, wherein interaction with the item purchase prompt via the first mobile application enables presentation of information to initiate purchase of an item.

**20**. The non-transitory machine-readable storage medium of claim **15**, wherein the media message included in the feed

US 11,966,952 B1

11

12

is a video that includes one or more of an attached image or attached audio that is not native to the video.

**21**. The non-transitory machine-readable storage medium of claim **15**, wherein the scheduled airtime of the media message included in the first feed is purchased prior to providing the first feed to the first mobile application.

**22**. The method of claim **1**, wherein presentation of the first feed by the first mobile application includes presentation of a comment prompt with the media message included in the first feed, wherein interaction with the comment prompt via the first mobile application enables a comment to be associated with the media message.

**23**. The system of claim **8**, wherein presentation of the first feed by the first mobile application includes presentation of a comment prompt with the media message included in the first feed, wherein interaction with the comment prompt via the first mobile application enables a comment to be associated with the media message.

**24**. The non-transitory machine-readable storage medium of claim **15**, wherein presentation of the first feed by the first mobile application includes presentation of a comment prompt with the media message included in the first feed, wherein interaction with the comment prompt via the first mobile application enables a comment to be associated with the media message.

\* \* \* \* \*

Exhibit B1

# Exhibit B1 – U.S. Patent No. 11,966,952

| U.S. Patent 11,966,952 | | Meta Activity |
|---|---|---|
| | **Claim 1** | |
| 1A | A method, comprising:<br><br>receiving, at one or more servers, a plurality of media messages from one or more mobile applications executable on a corresponding one or more mobile devices, wherein respective ones of the plurality of media messages are associated with a scheduled airtime that indicates when the media message is first available for presentation and expiration information to determine when the media message is no longer available for presentation; | Meta provides advertising media messages that are delivered to mobile applications across its platforms, including Facebook, Instagram, and Messenger.<br><br>Meta receives at its servers a plurality of media messages from mobile applications executable on mobile devices.  The mobile applications provide for association of media messages with a scheduled airtime that indicates when the media message is first available for presentation and expiration information to determine when the media message is no longer available for presentation.<br><br>Meta provides for the generation of advertising media messages, which Meta refers to as "ad creatives," through Meta mobile applications.  For example, mobile applications, such as Facebook, Meta Ads Manager, or Meta Business Suite, can generate such advertising media messages for delivery on Meta's Facebook or Instagram platforms.  The advertising media message includes content, such as photos, video, and text, as well as associated information, such as a start time that indicates when the advertising message will be made available for presentation and expiration information that is used to determine when the message will no longer be available for presentation, such as the identified end time or when a budgeted spending amount is reached.  The mobile application sends the advertising media message and associated information to Meta servers. |

## Exhibit B1 – U.S. Patent No. 11,966,952

| U.S. Patent 11,966,952 | Meta Activity |
|---|---|
| |  |

**Exhibit B1 – U.S. Patent No. 11,966,952**

| U.S. Patent 11,966,952 | | Meta Activity |
|---|---|---|
| | | Exemplary Sources<br>https://www.facebook.com/business/ads/#faq<br>https://www.facebook.com/business/learn/lessons/create-facebook-ads-from-facebook-page<br>https://www.facebook.com/business/learn/lessons/introduction-to-page-promotions<br>https://www.facebook.com/business/learn/lessons/create-ads-promote-business<br>https://business.facebook.com/business/help/705965862850667?id=373423763458293<br>https://www.facebook.com/business/help/813510795795140?id=3349108371785391<br>https://www.facebook.com/business/help/280594309504695?id=2030300680608329<br>https://www.descript.com/blog/article/how-to-run-facebook-ads#<br>https://www.facebook.com/business/learn/lessons/meta-ads-manager-advertising<br>https://www.facebook.com/business/ads/ad-budget-schedule/<br>https://www.facebook.com/business/ads/ad-creative/<br>https://www.facebook.com/business/help/788333711222886?id=571563249872422<br>https://www.facebook.com/business/ads-guide/update/image<br>https://www.facebook.com/business/ads-guide/update/video<br>https://www.facebook.com/business/marketing-partners/partner-news/reach-and-frequency-90-day-campaign-length |
| 1B | storing the plurality of media messages on the one or more servers; | *See* Row 1A. The plurality of media messages are stored on one or more Meta servers. For example, the advertising media messages are stored on servers from the time they are submitted from the mobile application and continue to be stored on Meta's servers so they can be delivered for viewing on a mobile application. |

**Exhibit B1 – U.S. Patent No. 11,966,952**

| U.S. Patent 11,966,952 | Meta Activity |
|---|---|
| |  Exemplary Sources<br>https://www.facebook.com/business/help/204798856225114?id=649869995454285 |
| 1C | selecting, for inclusion in a first feed, a first subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages; | *See* Rows 1A & 1B.  The Meta servers provide a first subset of media messages stored on the Meta servers for inclusion in a first feed based on the scheduled airtime and the expiration information associated with the media messages.<br><br>For example, advertising media messages are included as a subset of the media messages in various feeds provided to mobile applications across Meta technology platforms, including Reels, Stories, and Feeds on both Facebook and Instagram.  The advertising media messages are selected for inclusion in the feed based on the begin times and expiration information, such as end times and budgets.<br><br>Exemplary Sources<br>https://www.facebook.com/business/help/407108559393196?id=369787570424415<br>https://www.facebook.com/business/ads/ad-budget-schedule/ |

**Exhibit B1 – U.S. Patent No. 11,966,952**

| U.S. Patent 11,966,952 | Meta Activity |
|---|---|
| 1D providing the first feed to a first mobile application executable on a first mobile device, the first mobile application configured to present the first feed, wherein presentation of the first feed by the first mobile application includes presentation of an advertisement prompt with a media message included in the first feed, wherein interaction with the advertisement prompt via the first mobile application causes presentation of a first advertisement; | *See* Row 1C.  The first feed is provided to a first mobile application executable on a first mobile device that is configured to present the first feed.  The presentation of the first feed by the first mobile application includes presentation of an advertisement prompt with a media message included in the first feed, wherein interaction with the advertisement prompt via the first mobile application causes presentation of a first advertisement. <br><br> For example, Meta servers provide feeds to mobile applications across all Meta platforms, including Facebook, Instagram, and Messenger.  Advertising media messages placed in a feed are displayed with advertisement prompts, such as a "call-to-action" button.  Meta offers a range of call-to-action buttons, such as "Learn More" and "Shop Now," that are presented with the advertising media message.  An interaction with the advertising prompt causes the mobile application to present an advertisement, such as an external website, shop, blog, or external mobile app. <br><br>  |

**Exhibit B1 – U.S. Patent No. 11,966,952**

| U.S. Patent 11,966,952 | | Meta Activity |
|---|---|---|
| | | Exemplary Sources<br>https://www.facebook.com/business/help/450688792208401<br>https://www.facebook.com/business/help/410873986524407<br>https://www.facebook.com/business/m/get-started-meta-advertising<br>https://www.facebook.com/business/help/407108559393196?id=369787570424415<br>https://www.facebook.com/business/help/t/1052075512053923 ("At your ad's destination, potential customers can learn more about your products and services. That way, they'll be one step closer to making a purchase or doing business with you.") |
| 1E | selecting, for inclusion in a second feed, a second subset of the respective ones of the media messages from among the plurality of media messages based on the scheduled airtime and the expiration information of the respective ones of the media messages; and | *See* Row 1C.  A second subset of the plurality of media messages stored on Meta servers is selected for inclusion in a second feed based on the scheduled airtime and the expiration information associated with the media messages.  For example, a mobile application can receive multiple, different feeds.  In addition, different mobile applications receive different feeds of media messages that include advertising media messages. |

## Exhibit B1 – U.S. Patent No. 11,966,952

| U.S. Patent 11,966,952 | Meta Activity |
|---|---|
| | <br><br>Exemplary Sources<br>https://ai.meta.com/blog/facebook-feed-improvements-ai-show-more-less/<br>https://www.facebook.com/business/help/407108559393196?id=369787570424415<br>https://www.facebook.com/business/learn/lessons/meta-ads-manager-advertising/ |
| 1F | providing the second feed to a second mobile application executable on a second mobile | *See* Rows 1C and 1D. The second feed, which differs from the first feed, is provided to a second mobile application executed on a second mobile device. The presentation of the second feed by the second mobile application includes the presentation of an advertisement prompt with a media |

**Exhibit B1 – U.S. Patent No. 11,966,952**

| U.S. Patent 11,966,952 | Meta Activity |
|---|---|
| device, the second mobile application configured to present the second feed, the second feed differing from the first feed, wherein presentation of the second feed by the second mobile application includes presentation of an advertisement prompt with a media message included in the second feed, wherein interaction with the advertisement prompt via the second mobile application causes presentation of a second advertisement. | message included in the second feed.  An interaction with the advertisement prompt via the second mobile application causes presentation of a second advertisement.<br><br>For example, Meta servers employ programming rules and machine learning techniques to determine the content displayed in a user's Facebook or Instagram feed and provide a feed to a first mobile application that differs from the feed provided to a second mobile application.  Advertising media messages placed in a feed are displayed with advertisement prompts, such as call-to-action buttons.  Meta offers a range of call-to-action buttons, such as "Learn More" and "Shop Now," that are presented with the advertising media message.  An interaction with the advertising prompt causes the mobile application to present an advertisement, such as an external website, shop, blog, or external mobile app.<br><br>Exemplary Sources<br>https://www.facebook.com/business/ads/ad-targeting<br>https://ai.meta.com/blog/facebook-feed-improvements-ai-show-more-less/  (Oct. 5, 2022) ("...we use deep learning models to generate user and post-level embeddings (sets of numbers), which help predict the types of content a person wants to see more of or less of in their Feeds.") |