THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. No. 2:24-cv-01316-BAT<br><br>**STIPULATED MOTION AND ORDER FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>**September 17, 2024** |

STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER
CASE NO. 2:24-cv-01316-BAT

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

**STIPULATION AND ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

1
2
3    Plaintiff Weple IP Holdings LLC ("Weple") and Defendant Meta Platforms, Inc. ("Meta")
4  hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for Meta to
5  answer or otherwise respond to the original Complaint by sixty (60) days from September 17,
6  2024 to November 18, 2024.  This is the first extension of time sought in this action.  A proposed
7  order is submitted herewith.

8    DATED: September 18, 2024                                Respectfully submitted,
9
10   By: *s/ John S. Devlin*                                  By:  */s/ Christopher B. Durbin*
     John S. Devlin III, WSBA No. 23988                       Christopher B. Durbin (WSBA #41159)
11   **LANE POWELL PC**                                       COOLEY LLP
     1420 Fifth Avenue, Suite 4200                            1700 Seventh Avenue, Suite 1900
12   P.O. Box 91302                                           Seattle, WA  98101-1355
     Seattle, Washington 98111-9402                           Tel: (206) 452-8700
13   Telephone: 206.223.7000                                  Fax: (206) 452-8800
     devlinj@lanepowell.com                                   Email: cdurbin@cooley.com
14
     William R. Woodford (*pro hac vice*)                     *Attorney for Defendant*
15   Todd S. Werner (*pro hac vice*)                          *Meta Platforms, Inc.*
     **AVANTECH LAW, LLP**
16   80 South 8th Street, Suite 900
     Minneapolis, MN 55402
17   Phone: (612) 895-2721
     woodford@avantechlaw.com
18   werner@avantechlaw.com

19   *Attorneys for Plaintiff*
     *Weple IP Holdings LLC*
20
21
22
23
24
25
26
27
28

STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER
CASE NO. 2:24-cv-01316-BAT

2

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

1  **PROPOSED ORDER**

2      IT IS SO ORDERED.

3

4  DATED: September 18, 2024.

5

6                                         BRIAN A. TSUCHIDA
                                       United States Magistrate Judge

STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER
CASE NO. 2:24-cv-01316-BAT — 3

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700