THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 2:24-cv-01316-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Note on Motion Calendar:<br>**November 4, 2024** |

On October 31, 2024, Plaintiff Weple IP Holdings LLC ("Weple") filed a first amended complaint, adding additional patents. (Dkt. 31.)  Weple and Defendant Meta Platforms, Inc. ("Meta") hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for Meta to answer or otherwise respond to the first amended complaint from November 18, 2024 to December 20, 2024 (32 days).  A proposed order is submitted herewith.

STIPULATED MOTION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
CASE NO. 2:24-cv-01316-JLR

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

| | |
|---|---|
| DATED: | Respectfully submitted, |
| By: /s/ *John S. Devlin III* | By: /s/ *Christopher B. Durbin* |
| John S. Devlin III, WSBA No. 23988 | Christopher B. Durbin (WSBA #41159) |
| **LANE POWELL PC** | COOLEY LLP |
| 1420 Fifth Avenue, Suite 4200 | 1700 Seventh Avenue, Suite 1900 |
| P.O. Box 91302 | Seattle, WA 98101-1355 |
| Seattle, Washington 98111-9402 | Tel: (206) 452-8700 |
| Telephone: 206.223.7000 | Fax: (206) 452-8800 |
| devlinj@lanepowell.com | cdurbin@cooley.com |
| | |
| William R. Woodford (*pro hac vice*) | Heidi Keefe (*pro hac vice*) |
| Todd S. Werner (*pro hac vice*) | Mark R. Weinstein (*pro hac vice*) |
| **AVANTECH LAW, LLP** | Lowell Mead (*pro hac vice*) |
| 80 South 8th Street, Suite 900 | Dena Chen (*pro hac vice*) |
| Minneapolis, MN 55402 | COOLEY LLP |
| Phone: (612) 895-2721 | 3175 Hanover Street |
| woodford@avantechlaw.com | Palo Alto, CA 94304 |
| werner@avantechlaw.com | Telephone: 1 650 843 5000 |
| | hkeefe@cooley.com |
| *Attorneys for Plaintiff* | lmead@cooley.com |
| *Weple IP Holdings LLC* | mweinstein@cooley.com |
| | dchen@cooley.com |
| | |
| | Phillip E. Morton (pro hac vice) |
| | COOLEY LLP |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington DC 20004 |
| | Telephone: 1 202 842 7800 |
| | Email: pmorton@cooley.com |
| | Attorneys for Defendant |
| | Meta Platforms, Inc. |
| | |
| | *Attorney for Defendant* |
| | *Meta Platforms, Inc.* |

STIPULATED MOTION FOR EXTENSION OF TIME
AND [P~~ROPOSED~~] ORDER
CASE NO. 2:24-cv-01316-JLR

2

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

# [PROPOSED] ORDER

Meta's deadline to respond to the first amended complaint is December 20, 2024.

IT IS SO ORDERED.

DATED: November 4, 2024

_____
James L. Robart
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
CASE NO. 2:24-cv-01316-JLR

3

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
(206) 452-8700