THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01316-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**<br><br>**Noted on Motion Calendar: May 8, 2025** |

**STIPULATED MOTION FOR EXTENSION OF TIME**
**CASE NO. 2:24-CV-01316-JLR**

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

1  On October 31, 2024, Plaintiff Weple IP Holdings LLC ("Plaintiff") filed a first amended complaint. (Dkt. 31.) On April 24, 2025, the Court entered an order granting the motion of Defendant Meta Platforms, Inc. ("Defendant") to dismiss certain claims of the first amended complaint. (Dkt. 47.) The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant to answer the first amended complaint shall be May 29, 2025. A proposed order is submitted herewith.

STIPULATED MOTION FOR
EXTENSION OF TIME
CASE NO. 2:24-CV-01316-JLR

1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

| | | |
|---|---|---|
| 1 | Dated: May 8, 2025 | Respectfully submitted, |
| 2 | | /s/ Christopher B. Durbin |
| 3 | By: /s/ John S. Devlin III | |
| | John S. Devlin III, WSBA No. 23988 | Christopher B. Durbin (WSBA #41159) |
| 4 | LANE POWELL PC | COOLEY LLP |
| | 1420 Fifth Avenue, Suite 4200 | 1700 Seventh Avenue Suite 1900 |
| 5 | P.O. Box 91302 | Seattle, WA 98101-1355 |
| | Seattle, Washington 98111-9402 | Telephone: 1 206 452 8700 |
| 6 | Telephone: 206.223.7000 | Fax: 1 206 452 8800 |
| | devlinj@lanepowell.com | Email: cdurbin@cooley.com |
| 7 | William R. Woodford (pro hac vice) | |
| | Todd S. Werner (pro hac vice) | |
| 8 | AVANTECH LAW, LLP | Heidi Keefe (*pro hac vice*) |
| | 80 South 8th Street, Suite 900 | Mark R. Weinstein (*pro hac vice*) |
| 9 | Minneapolis, MN 55402 | Lowell Mead (*pro hac vice*) |
| | Phone: (612) 895-2721 | Dena Chen (*pro hac vice*) |
| 10 | woodford@avantechlaw.com | COOLEY LLP |
| | werner@avantechlaw.com | 3175 Hanover Street |
| 11 | *Attorneys for Plaintiff* | Palo Alto, CA 94304 |
| | *Weple IP Holdings LLC* | Telephone: 1 650 843 5000 |
| 12 | | Email: hkeefe@cooley.com |
| | | lmead@cooley.com |
| 13 | | mweinstein@cooley.com |
| | | dchen@cooley.com |
| 14 | | |
| 15 | | Phillip E. Morton (*pro hac vice*) |
| | | COOLEY LLP |
| 16 | | 1299 Pennsylvania Avenue, NW, |
| | | Suite 700 |
| 17 | | Washington DC 20004 |
| | | Telephone: 1 202 842 7800 |
| 18 | | Email: pmorton@cooley.com |
| 19 | | *Attorneys for Defendant* |
| | | *Meta Platforms, Inc.* |

**STIPULATED MOTION FOR
EXTENSION OF TIME**    **2**
CASE NO. 2:24-CV-01316-JLR

# [~~PROPOSED~~] ORDER

The deadline for Defendant to answer Plaintiff's first amended complaint is May 29, 2025.

IT IS SO ORDERED.

DATED: May 8, 2025

_____
James L. Robart
United States District Judge

STIPULATED MOTION FOR
EXTENSION OF TIME         3
CASE NO. 2:24-CV-01316-JLR

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700