THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01316-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER STAYING LITIGATION PENDING RESOLUTION**<br><br>**Noted on Motion Calendar: May 16, 2025** |

**STIPULATED MOTION TO STAY**
**CASE NO. 2:24-CV-01316-JLR**

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

1    On April 24, 2025, the Court entered an order dismissing certain claims of the first
2  amended complaint pursuant to 35 U.S.C. § 101. (Dkt. 47.) The parties are engaged in good faith
3  discussions regarding appropriate next steps in this action in view of the Court's ruling. In the
4  interests of judicial economy and efficiency to conserve resources for the Court and the parties,
5  the parties hereby stipulate and agree, subject to the approval of the Court, to stay this action for
6  45 days to provide sufficient time for the parties to confer and potentially reach agreement on the
7  appropriate next steps in this action.
8    In the event the parties do not reach agreement by the end of the 45-day stay period, the
9  parties will file a joint status report addressing proposed next steps in this action.
10   A proposed order is submitted herewith.

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-01316-JLR            1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully submitted, |
| | /s/ Christopher B. Durbin |
| By: /s/ John S. Devlin III | |
| John S. Devlin III, WSBA No. 23988 | Christopher B. Durbin (WSBA #41159) |
| BALLARD SPAHR LLP | COOLEY LLP |
| 1420 Fifth Avenue, Suite 4200 | 1700 Seventh Avenue Suite 1900 |
| P.O. Box 91302 | Seattle, WA 98101-1355 |
| Seattle, Washington 98111-9402 | Telephone: 1 206 452 8700 |
| Telephone: 206.223.7000 | Fax: 1 206 452 8800 |
| devlinj@lanepowell.com | Email: cdurbin@cooley.com |
| William R. Woodford (pro hac vice) | |
| Todd S. Werner (pro hac vice) | |
| AVANTECH LAW, LLP | Heidi Keefe (*pro hac vice*) |
| 80 South 8th Street, Suite 900 | Mark R. Weinstein (*pro hac vice*) |
| Minneapolis, MN 55402 | Lowell Mead (*pro hac vice*) |
| Phone: (612) 895-2721 | Dena Chen (*pro hac vice*) |
| woodford@avantechlaw.com | COOLEY LLP |
| werner@avantechlaw.com | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| *Attorneys for Plaintiff* | Telephone: 1 650 843 5000 |
| *Weple IP Holdings LLC* | Email: hkeefe@cooley.com |
| | lmead@cooley.com |
| | mweinstein@cooley.com |
| | dchen@cooley.com |
| | |
| | Phillip E. Morton (*pro hac vice*) |
| | COOLEY LLP |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington DC 20004 |
| | Telephone: 1 202 842 7800 |
| | Email: pmorton@cooley.com |
| | |
| | *Attorneys for Defendant* |
| | *Meta Platforms, Inc.* |

**STIPULATED MOTION TO STAY**
**CASE NO. 2:24-CV-01316-JLR**                2

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

**[PROPOSED] ORDER**

This action is hereby stayed for forty-five (45) days from the date of this Order. No later than forty-five (45) days from the date of this Order, the parties shall file a stipulation or joint status report addressing proposed next steps in this action.

IT IS SO ORDERED.

DATED:_____

James L. Robart
United States District Judge

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-01316-JLR            3

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700