THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-01316-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER STAYING LITIGATION PENDING RESOLUTION**<br><br>**Noted on Motion Calendar: May 16, 2025** |

**STIPULATED MOTION TO STAY**
**CASE NO. 2:24-CV-01316-JLR**

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

1    On April 24, 2025, the Court entered an order dismissing certain claims of the first amended complaint pursuant to 35 U.S.C. § 101. (Dkt. 47.)  The parties are engaged in good faith discussions regarding appropriate next steps in this action in view of the Court's ruling.  In the interests of judicial economy and efficiency to conserve resources for the Court and the parties, the parties hereby stipulate and agree, subject to the approval of the Court, to stay this action for 45 days to provide sufficient time for the parties to confer and potentially reach agreement on the appropriate next steps in this action.

In the event the parties do not reach agreement by the end of the 45-day stay period, the parties will file a joint status report addressing proposed next steps in this action.

A proposed order is submitted herewith.

**STIPULATED MOTION TO STAY**
**CASE NO. 2:24-CV-01316-JLR**          1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully submitted, |
| | /s/ Christopher B. Durbin |
| By: /s/ John S. Devlin III | |
| John S. Devlin III, WSBA No. 23988 | Christopher B. Durbin (WSBA #41159) |
| BALLARD SPAHR LLP | COOLEY LLP |
| 1420 Fifth Avenue, Suite 4200 | 1700 Seventh Avenue Suite 1900 |
| P.O. Box 91302 | Seattle, WA 98101-1355 |
| Seattle, Washington 98111-9402 | Telephone: 1 206 452 8700 |
| Telephone: 206.223.7000 | Fax: 1 206 452 8800 |
| devlinj@lanepowell.com | Email: cdurbin@cooley.com |
| William R. Woodford (pro hac vice) | |
| Todd S. Werner (pro hac vice) | |
| AVANTECH LAW, LLP | Heidi Keefe (*pro hac vice*) |
| 80 South 8th Street, Suite 900 | Mark R. Weinstein (*pro hac vice*) |
| Minneapolis, MN 55402 | Lowell Mead (*pro hac vice*) |
| Phone: (612) 895-2721 | Dena Chen (*pro hac vice*) |
| woodford@avantechlaw.com | COOLEY LLP |
| werner@avantechlaw.com | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| *Attorneys for Plaintiff* | Telephone: 1 650 843 5000 |
| *Weple IP Holdings LLC* | Email: hkeefe@cooley.com |
| |      lmead@cooley.com |
| |      mweinstein@cooley.com |
| |      dchen@cooley.com |
| | |
| | Phillip E. Morton (*pro hac vice*) |
| | COOLEY LLP |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington DC 20004 |
| | Telephone: 1 202 842 7800 |
| | Email: pmorton@cooley.com |
| | |
| | *Attorneys for Defendant* |
| | *Meta Platforms, Inc.* |

**STIPULATED MOTION TO STAY**
**CASE NO. 2:24-CV-01316-JLR**                    2

**[PROPOSED] ORDER**

This action is hereby stayed for forty-five (45) days from the date of this Order. No later than forty-five (45) days from the date of this Order, the parties shall file a stipulation or joint status report addressing proposed next steps in this action.

IT IS SO ORDERED.

DATED: May 16, 2025

_____
James L. Robart
United States District Judge

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-01316-JLR                3

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700