THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-01316-JLR<br><br>**JOINT STATUS REPORT, STIPULATION, AND [~~PROPOSED~~] ORDER**<br><br>**Noted on Motion Calendar:**<br>**June 30, 2025** |

**JOINT STATUS REPORT AND PROPOSED ORDER**
**CASE NO. 2:24-CV-01316-JLR**

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

1   Pursuant to the parties' Stipulation and the Order staying this patent litigation for 45 days in view of the Order dismissing claims from three patents in the first amended complaint pursuant to 35 U.S.C. § 101 (Dkts. 47, 51), the parties respectfully submit this joint status report and stipulation.

The parties have conferred on next steps to address the issue of patent eligibility under § 101 for the remaining patent claims in the interests of judicial economy for the Court and the parties. The parties agree and stipulate as follows, subject to the approval of the Court:

- Defendant will promptly file an answer to the first amended complaint and a motion for judgment on the pleadings under Rule 12(c) based on Defendant's contention that the remaining patent claims are ineligible under § 101;

- Plaintiff will promptly file a motion for leave to file a second amended complaint for the purpose of pleading additional allegations to further assert that the remaining patents are eligible under § 101; and

- The parties agree and propose that this action remain otherwise stayed until the parties' forthcoming motions are resolved.

A proposed order is submitted herewith.

**JOINT STATUS REPORT AND PROPOSED ORDER**
**CASE NO. 2:24-CV-01316-JLR**

1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

Dated: June 30, 2025

Respectfully submitted,

*By: /s/ John S. Devlin III*
John S. Devlin III, WSBA No. 23988
BALLARD SPAHR LLP
1301 Second Ave, Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
devlinj@lanepowell.com
William R. Woodford (pro hac vice)
Todd S. Werner (pro hac vice)
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com

*Attorneys for Plaintiff*
*Weple IP Holdings LLC*

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue Suite 1900
Seattle, WA 98101-1355
Telephone: 1 206 452 8700
Fax: 1 206 452 8800
Email: cdurbin@cooley.com

Heidi Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Lowell Mead (*pro hac vice*)
Dena Chen (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 1 650 843 5000
Email: hkeefe@cooley.com
       lmead@cooley.com
       mweinstein@cooley.com
       dchen@cooley.com

Phillip E. Morton (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington DC 20004
Telephone: 1 202 842 7800
Email: pmorton@cooley.com
*Attorneys for Defendant*
*Meta Platforms, Inc.*

JOINT STATUS REPORT AND PROPOSED ORDER
CASE NO. 2:24-CV-01316-JLR

2

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

**[PROPOSED] ORDER**

It is hereby ORDERED that:

1. Defendant will promptly file an answer to the first amended complaint and a motion for judgment on the pleadings under Rule 12(c) based on Defendant's contention that the remaining patent claims are ineligible under § 101.

2. Plaintiff will promptly file a motion for leave to file a proposed second amended complaint for the purpose of pleading additional allegations to further assert that the remaining patents are eligible under § 101; and

3. This action shall remain otherwise stayed until these motions are resolved.

SO ORDERED.

DATED: June 30, 2025

_____
Hon. James L. Robart
United States District Judge

JOINT STATUS REPORT AND
PROPOSED ORDER                    3
CASE NO. 2:24-CV-01316-JLR

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700