THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEPLE IP HOLDINGS LLC, | Case No. 2:24-cv-01316-JLR |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE |
| v. | NOTE ON MOTION CALENDAR: July 10, 2025 |
| META PLATFORMS, INC., | |
| Defendant. | |

In light of the parties' Stipulation and the Order regarding Defendant's motion for judgment on the pleadings and Plaintiff's forthcoming motion for leave to file a second amended complaint (Dkt. 57), the parties agree and stipulate to the below briefing schedule, subject to the approval of the Court:

| Brief | Current Due Date | Proposed Due Date |
|---|---|---|
| Weple Opp. to Meta Rule 12(c) Motion | July 15, 2025 | July 22, 2025 |
| Weple Motion to File a Second Amended Complaint | N/A | July 22, 2025 |
| Meta Reply ISO Rule 12(c) Motion | July 21, 2025 | Aug. 6, 2025 |
| Meta Opp. to Weple Motion to Amend | N/A | Aug. 13, 2025 |
| Weple Reply ISO Motion to Amend | N/A | Aug. 20, 2025 |

STIPULATION AND [~~PROPOSED~~] ORDER
RE BRIEFING SCHEDULE - 1
Case No. 2:24-cv-01316-JLR

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

A proposed order is submitted herewith.

DATED: July 10, 2025

| | |
|---|---|
| By: *s/ John S. Devlin III* | By: *s/ Christopher B. Durbin* |
| John S. Devlin III, WSBA No. 23988<br>**LANE POWELL PC**<br>1301 Second Avenue, Suite 2800<br>Seattle, Washington 98101<br>Telephone: (206) 223-7000<br>devlinj@ballardspahr.com | Christopher B. Durbin, WSBA No. 41159<br>**COOLEY LLP**<br>1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101<br>Phone: (206) 452-8700<br>cdurbin@cooley.com |
| William R. Woodford (*pro hac vice*)<br>Todd S. Werner (*pro hac vice*)<br>Jason Zucchi (*pro hac vice*)<br>**AVANTECH LAW, LLP**<br>80 South 8th Street, Suite 900<br>Minneapolis, MN 55402<br>Phone: (612) 895-2721<br>woodford@avantechlaw.com<br>werner@avantechlaw.com<br>zucchi@avantechlaw.com | Heidi Keefe (*pro hac vice*)<br>Mark R. Weinstein (*pro hac vice*)<br>Lowell Mead (*pro hac vice*)<br>Dena Chen (*pro hac vice*)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Phone: (650) 843-5000<br>hkeefe@cooley.com<br>mweinstein@cooley.com<br>lmead@cooley.com<br>dchen@cooley.com |
| W. Ben Nichols (*pro hac vice*)<br>521 5th Avenue, 17th Floor<br>New York, NY 10175-0038<br>Phone: (855) 750-9951<br>nichols@avantechlaw.com | Phillip E. Morton (*pro hac vice*)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington DC 20004<br>Phone: (202) 842-7800<br>pmorton@cooley.com |
| ***Attorneys for Plaintiff***<br>***Weple IP Holdings LLC*** | ***Attorneys for Defendant***<br>***Meta Platforms, Inc.*** |

I certify that this memorandum contains 123 words, in compliance with the Local Civil Rules.

STIPULATION AND [~~PROPOSED~~] ORDER
RE BRIEFING SCHEDULE - 2
Case No.  2:24-cv-01316-JLR

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

**[PROPOSED] ORDER**

It is hereby ORDERED that the parties will submit briefing on the motions in Dkt. 57 by the proposed due dates listed below:

| Brief | Current Due Date | Proposed Due Date |
| --- | --- | --- |
| Weple Opp. to Meta Rule 12(c) Motion | July 15, 2025 | July 22, 2025 |
| Weple Motion to File a Second Amended Complaint | N/A | July 22, 2025 |
| Meta Reply ISO Rule 12(c) Motion | July 21, 2025 | Aug. 6, 2025 |
| Meta Opp. to Weple Motion to Amend | N/A | Aug. 13, 2025 |
| Weple Reply ISO Motion to Amend | N/A | Aug. 20, 2025 |

The Clerk is DIRECTED to renote Meta's Rule 12(c) motion (Dkt. # 56) for August 6, 2025.

SO ORDERED.

DATED: July 10, 2025

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
RE BRIEFING SCHEDULE - 3
Case No. 2:24-cv-01316-JLR

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107